EUGENE G. IREDALE: SBN 75292
PETER BIBRING: SBN 223981
SARAH MUSUMECI: SBN 328306
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221
Attorneys for Plaintiffs

JOSEPH C. CRUDO: SBN 263993
JOSEPH C. CRUDO PLC
3990 Old Town Avenue, Ste. C101
San Diego, CA  92110
Telephone: (858) 622-7280
Fax: (858) 450-9411
Email:  joseph@crudoplc.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEL BURT, | CASE NO. 24-CV-0662-CAB-VET |
| Plaintiff, | **DECLARATION OF PETER BIBRING IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| NICOLAI RAMOS, in his individual capacity, and the COUNTY OF SAN DIEGO, | |
| Defendants. | Hon. Cathy Ann Bencivengo |

# **DECLARATION OF PETER BIBRING**

I, PETER BIBRING, being duly sworn, hereby declare:

1.      I am an attorney lawfully admitted to practice in this Court and am counsel for Plaintiff in this action.  If called to testify to the matters set forth herein, I could and would competently testify thereto based on my personal knowledge.

2.      On July 2, 2026, I emailed Timothy Hanna, counsel for Defendants, to ask if Defendants would stipulate to allow Plaintiff to file a consolidated opposition to Defendants' two motions for summary judgment and offered to agree to a page limit of 45 pages rather than the 50 to which Plaintiff would otherwise be entitled.  The same day, Mr. Hanna replied via email that Defendants declined to stipulate to a consolidated opposition on grounds that "the distinct natures of the claims against the County and Deputy Ramos, including distinctions between the evidence relevant to such claims and the parties' respective burdens, warrant separate and independent treatment of these issues."

3.      On July 6, 2026, I emailed Mr. Hanna again, informing that him that Plaintiff intended to move *ex parte* for leave to file a consolidated opposition to Defendants' motions for summary judgment, "in the interests of judicial efficiency, not only allowing for more efficient discussion of overlapping issues, but minimizing duplicate exhibits, motions re sealing and video evidence," and other issues. I asked Mr. Hanna to confirm that Defendants would oppose.  He replied by email stating that Defendants opposed the *ex parte* application on the grounds he previously identified.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed this 6th day of July, 2026, in Los Angeles, California.

/s/ Peter Bibring
_____
PETER BIBRING

2                          24-CV-0662-CAB-VET

DECLARATION OF PETER BIBRING IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE A CONSOLIDATED OPPOSTION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT