DAMON M. BROWN, County Counsel (SBN 242265)
By:  TIMOTHY A. HANNA, Senior Deputy (SBN 310620)
     CHRISTOPHER M. BLAYLOCK, Senior Deputy (SBN 284629)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 904-0151; (619) 531-2469; (619) 531-6005
E-mail: timothy.hanna@sdcounty.ca.gov; christopher.blaylock@sdcounty.ca.gov

Attorneys for Defendant County of San Diego, and Nicolai Ramos

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEL BURT,<br><br>        Plaintiff,<br><br>    v.<br><br>NICOLAI RAMOS, in his individual capacity, and COUNTY OF SAN DIEGO,<br><br>        Defendants. | No. 24-cv-00662-CAB-VET<br><br>**DECLARATION OF TIMOTHY A. HANNA IN SUPPORT OF MOTION TO FILE INTERNAL AFFAIRS INVESTIGATION RECORDS UNDER SEAL IN CONNECTION WITH DEFENDANTS' COUNTY OF SAN DIEGO AND NICOLAI RAMOS' SUMMARY JUDGMENT MOTIONS**<br><br>**[ECF Nos. 80, 81]**<br><br>Hon. Cathy A. Bencivengo<br>Courtroom 15A |

I, TIMOTHY A. HANNA, declare:

1.    I am a Senior Deputy with the San Diego County Office of County Counsel and Counsel of Record for Defendants County of San Diego and Nicolai Ramos. I am familiar with the facts of this case and, if called upon, could and would testify to the facts set forth below based on my personal knowledge.

2.    On July 2, 2022, I received email correspondence from Plaintiff's counsel indicating his intent to file certain records designated confidential with his opposition to Defendants' summary judgment motion. On July 7, 2026, Plaintiff provided notice of additional confidential records he intends to file with opposition. On July 8, 2026, Plaintiff specified which excerpts of certain records he intended to file as well as introduced additional records he intends to file that were not raised in the prior email correspondence. A true and correct copy of that email correspondence is attached hereto as **EXHIBIT A.**

3.    Plaintiff seeks to publicly file the following records which will be lodged separately with the Court pursuant to subsection V(B) of Judge Bencivengo's Civil Case Procedures:

    a.    Internal Affairs Investigation Report, Case No. 2018-060.1 (CSD 001999-002059);

    b.    Notice of Proposed Disciplinary Action, Case No. 2018-060.1 (CSD 005795-005796);

    c.    Prior Internal Affairs Summary (CSD 002129);

    d.    Strode Arrest Body Worn Camera Footage (CSD 003552);

    e.    San Diego Central Jail Strode Booking CCTV Footage (CSD 002172); and

    f.    Excerpt from Strode Arrest Report (CSD 003559).

I declare under penalty of perjury under the laws of these United States that the foregoing is true and correct.  Executed this 8th of July 2026, at San Diego, California

        _/s/ Timothy A. Hanna_
        TIMOTHY A. HANNA

-2-

No. 24-cv-00662-CAB-VET

# EXHIBIT A

| | |
|---|---|
| **From:** | Hanna, Timothy |
| **To:** | "pbibring@iredalelaw.com"; "Sarah Musumeci" |
| **Cc:** | Blaylock, Christopher; Villamil, Juan |
| **Subject:** | RE: [External] Burt v COSD - MSJ opp, confidentiality of discovery/exhibits |
| **Date:** | Wednesday, July 8, 2026 3:04:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Thanks Peter, I appreciate the clarification.

With respect to the UOF Review Status Report, we agree to waive the confidentiality designation for that record considering it directly involves the review of the underlying incident. We reserve the right to object to the use of this evidence at trial on other grounds.

We'll file a Motion to File Under Seal the *Strode* Internal Affairs records shortly.

Regards,

Tim Hanna

 **Timothy A. Hanna,** Senior Deputy County Counsel (he/him/his)
Office of County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101
619.904.0151| timothy.hanna@sdcounty.ca.gov
SanDiegoCounty.gov | News Updates | Engage
  

CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Peter Bibring <pbibring@iredalelaw.com>
**Sent:** Wednesday, July 8, 2026 2:59 PM
**To:** Hanna, Timothy <Timothy.Hanna@sdcounty.ca.gov>; 'Sarah Musumeci' <smusumeci@iredalelaw.com>
**Cc:** Blaylock, Christopher <Christopher.Blaylock@sdcounty.ca.gov>
**Subject:** RE: [External] Burt v COSD - MSJ opp, confidentiality of discovery/exhibits

Tim apologies, I've been in depo, as Sarah indicated:

I think we can trim down what we submit to the following:

Strode IA Investigation Excerpts:

- Investigation summaries CSD1999-2059
- Hogan Report CSD3559
- Hogan BWC: CSD003552
- CCTV Video: CSD2172

Ramos Disciplinary File excerpt: CSD 5795-5796 (the discipline imposed)

Priors Print Out: CSD2129

UOF Review Status Report: CSD3562

**Peter Bibring**, Of Counsel
Iredale and Yoo, APC
105 West F Street, 4th Floor
San Diego, CA 92101
TEL: (619) 233-1525
FAX: (619) 233-3221
www.iredalelaw.com

IREDALE AND YOO, APC:
The information contained in this message is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us. Thank you.

---

**From:** Hanna, Timothy <Timothy.Hanna@sdcounty.ca.gov>
**Sent:** Wednesday, July 8, 2026 12:18 PM
**To:** Sarah Musumeci <smusumeci@iredalelaw.com>
**Cc:** pbibring@iredalelaw.com; Blaylock, Christopher <Christopher.Blaylock@sdcounty.ca.gov>
**Subject:** RE: [External] Burt v COSD - MSJ opp, confidentiality of discovery/exhibits

Thanks Sarah, Peter provided the start page Bates Numbers so I just need to know whether he intends to produce the entire record or the specific bates numbers if its excerpts. Thanks!



**Timothy A. Hanna,** Senior Deputy County Counsel (he/him/his)
Office of County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101
619.904.0151| timothy.hanna@sdcounty.ca.gov
SanDiegoCounty.gov | News Updates | Engage


CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Sarah Musumeci <smusumeci@iredalelaw.com>
**Sent:** Wednesday, July 8, 2026 12:07 PM
**To:** Hanna, Timothy <Timothy.Hanna@sdcounty.ca.gov>
**Cc:** pbibring@iredalelaw.com; Blaylock, Christopher <Christopher.Blaylock@sdcounty.ca.gov>
**Subject:** Re: [External] Burt v COSD - MSJ opp, confidentiality of discovery/exhibits

Hi Tim,

Peter is in a deposition so I am helping him out with this. I have a court-appearance at 1:00 p.m. but I will get this to you later today. Thanks.

On Wed, Jul 8, 2026 at 10:29 AM Hanna, Timothy <Timothy.Hanna@sdcounty.ca.gov> wrote:

> Peter,
>
> Pursuant to Judge Bencivengo's Chamber Rules, Plaintiff was obligated to provide notice of his intention to publicly file these confidentially designated documents no later than 8 *business* days prior to the date he intends to file his opposition or last Tuesday, June 30, 2026. By my calculations, the documents noticed last week  were noticed two days late and the additional documents noticed yesterday were noticed seven days late. Under the chamber rules, we should be entitled to four *business* days to prepare our motion to file under seal which would be July 9th and 13th, respectively. Despite this late notice, we intend to file our Motion Under Seal by close of business today to provide the Court with the most time possible to rule on this Motion prior to the Opposition Deadline.
>
> The notice provided last week included the general document titles but failed to note the specific Bates Numbers Plaintiff intends to file with his motion. Please provide the specific bates numbers of the records and/or excerpts from those records Plaintiff intends to file as soon as possible so we can include those in our motion to file under seal.
>
> Regards,
>
> Tim Hanna
>
>
>
> **Timothy A. Hanna,** Senior Deputy County Counsel (he/him/his)
> Office of County Counsel
> 1600 Pacific Highway, Room 355
> San Diego, CA 92101
>  619.904.0151| timothy.hanna@sdcounty.ca.gov
> SanDiegoCounty.gov | News Updates | Engage
>
>
> CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are

not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Peter Bibring <pbibring@iredalelaw.com>
**Sent:** Tuesday, July 7, 2026 5:39 PM
**To:** pbibring@iredalelaw.com; Hanna, Timothy <Timothy.Hanna@sdcounty.ca.gov>
**Cc:** Blaylock, Christopher <Christopher.Blaylock@sdcounty.ca.gov>; 'Sarah Musumeci' <smusumeci@iredalelaw.com>
**Subject:** RE: [External] Burt v COSD - MSJ opp, confidentiality of discovery/exhibits

Tim,

I also want to clarify the procedure under Judge Bencivengo's chambers rules, sec. V.B, which require us to notify you eight days in advance if intend to use materials designated confidential in a motion, and you to file a motion to seal if you wish to do so four days before the filing. We notified you one day late of our intention to file portions of the IA investigation and disciplinary file, and added the two one-page documents below today.

Please clarify how you would like to proceed -- if you intend to file a motion to seal and under what timing.

**Peter Bibring**, Of Counsel
Iredale and Yoo, APC
105 West F Street, 4th Floor
San Diego, CA 92101
TEL: (619) 233-1525
FAX: (619) 233-3221
www.iredalelaw.com

IREDALE AND YOO, APC:
The information contained in this message is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us. Thank you.

---

**From:** Peter Bibring <pbibring@iredalelaw.com>
**Sent:** Tuesday, July 7, 2026 5:19 PM
**To:** 'Hanna, Timothy' <Timothy.Hanna@sdcounty.ca.gov>
**Cc:** 'Blaylock, Christopher' <Christopher.Blaylock@sdcounty.ca.gov>; 'Sarah Musumeci' <smusumeci@iredalelaw.com>
**Subject:** RE: [External] Burt v COSD - MSJ opp, confidentiality of discovery/exhibits

Tim,

In addition to the materials I emailed about last week, Plaintiff also intends to file the following exhibits in support of his opposition to the County's motion

- The "Priors" Printout of summarizing Ramos' discipline for the Strode incident at CSD 2129
- The "Use of Force Review: Status Report" regarding the Burt incident at CSD 3562

Please let me know if you agree to allow these to be publicly filed or will seek to have us file under seal.

Thank you,

**Peter Bibring**, Of Counsel
Iredale and Yoo, APC
105 West F Street, 4th Floor
San Diego, CA 92101
TEL: (619) 233-1525
FAX: (619) 233-3221
www.iredalelaw.com

IREDALE AND YOO, APC:
The information contained in this message is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us. Thank you.

---

**From:** Hanna, Timothy <Timothy.Hanna@sdcounty.ca.gov>
**Sent:** Thursday, July 2, 2026 2:52 PM
**To:** pbibring@iredalelaw.com
**Cc:** Blaylock, Christopher <Christopher.Blaylock@sdcounty.ca.gov>; 'Sarah Musumeci' <smusumeci@iredalelaw.com>
**Subject:** RE: [External] Burt v COSD - MSJ opp, confidentiality of discovery/exhibits

Good Afternoon Peter,

We decline to stipulate to a consolidated opposition. It is our position that the distinct natures of the claims against the County and Deputy Ramos, including distinctions between the evidence relevant to such claims and the parties' respective burdens, warrant separate and independent treatment of these issues.

With respect to the Use of Force and Internal Affairs Statistical Reports, we agree to waive the confidentiality designation for those records considering they have been publicly posted. We reserve the right to object to the use of this evidence at trial on other grounds.

With respect to the Internal Affairs Report and Disciplinary File from the *Strode* matter, these records should be filed under seal. As a threshold matter, California Penal Code § 832.7 is not determinative that these records are confidential. Federal common law governs discovery in federal civil rights cases. *Soto v. City of Concord* (N.D. Cal. 1995) 162 F.R.D. 603, 613; See Also *Hardin v. City of Richmond* (N.D. Cal., May 13, 2026, No. 24-CV-09411-EMC) 2026 WL 1329532, at *4 (Finding Defendant's reliance on California Penal Code § 832.7 inapplicable to a discovery dispute in a federal civil rights case.) Even if the

Court were to consider the policy rationale of § 832.7, this statute requires disclosure only where there was a sustained finding of excessive or unreasonable force. *United States v. Vega* (C.D. Cal., May 6, 2023, No. CR 21-0537 FMO) 2023 WL 4983240, at ftn. 5 (Noting that the CPRA permits disclosure only of records relating to a "'sustained finding' was made involving...unreasonable or excessive force") We are aware of no authority that interprets this subsection of the statute to require disclosure for any other sustained finding merely because excessive or unreasonable force was alleged or investigated. As you know, there was no finding of excessive or unreasonable force in the *Strode* matter. Further, these records have not been subject to mandatory disclosure and are not publicly available. Accordingly, we object to the public filing of these records.

Regards,

Tim Hanna



**Timothy A. Hanna,** Senior Deputy County Counsel (he/him/his)
Office of County Counsel
1600 Pacific Highway, Room 355
San Diego, CA 92101
619.904.0151| timothy.hanna@sdcounty.ca.gov
SanDiegoCounty.gov | News Updates | Engage


CONFIDENTIALITY NOTICE:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations.  If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Peter Bibring <pbibring@iredalelaw.com>
**Sent:** Thursday, July 2, 2026 12:56 PM
**To:** Hanna, Timothy <Timothy.Hanna@sdcounty.ca.gov>
**Cc:** 'Sarah Musumeci' <smusumeci@iredalelaw.com>
**Subject:** [External] Burt v COSD - MSJ opp, confidentiality of discovery/exhibits

Tim,

In preparing our oppositions to the summary judgment motions, we have two questions:

First, would you stipulate to us filing a consolidated opposition to the two MSJ oppositions? We would agree to 45 pages instead of the 50 we would otherwise use.

Second, several of the exhibits we intend to use were designated confidential, although they are matters of public record.  These include:

- The UOF Statistical Reports and IA Statistical reports (beginning at CSD 4126, 4136, 4147, 4158). These are publicly posted on the SO's website at the addresses below, so are clearly not confidential:

  - https://www.sdsheriff.gov/resources/open-data/use-of-force-report
  - https://www.sdsheriff.gov/resources/open-data/internal-affairs-report

- The IA Investigation into the Strode incident (beginning at CSD 1995).  This is subject to mandatory public disclosure under Pen. Code § 832.7(b)(1)(A)(iii)  as a "record relating to the report, investigation, or findings of  … [a]  sustained finding involving a complaint that alleges unreasonable or excessive force."
- The disciplinary file from the Strode report (CSD 5795), for the same reason.

Will you let me know if you are willing to agree that the confidential designation to allow public filing of the documents? If not, we will file an application with the court to file publicly concurrently with our opposition.

Thank you,


**Peter Bibring**, Of Counsel
Iredale and Yoo, APC
105 West F Street, 4th Floor
San Diego, CA 92101
TEL: (619) 233-1525
FAX: (619) 233-3221
www.iredalelaw.com

IREDALE AND YOO, APC:
The information contained in this message is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us. Thank you.