Declaration of Service

I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On July 8, 2026, I served the following document(s):

1. **MOTION TO FILE INTERNAL AFFAIRS INVESTIGATION RECORDS UNDER SEAL IN CONNECTION WITH DEFENDANTS' COUNTY OF SAN DIEGO AND NICOLAI RAMOS' SUMMARY JUDGMENT MOTIONS**
2. **DECLARATION OF TIMOTHY A. HANNA IN SUPPORT OF MOTION TO FILE INTERNAL AFFAIRS INVESTIGATION RECORDS UNDER SEAL IN CONNECTION WITH DEFENDANTS' COUNTY OF SAN DIEGO AND NICOLAI RAMOS' SUMMARY JUDGMENT MOTIONS**

In the following manner:

☒ **By ECF**, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

Eugene G. Iredale, Esq.
Peter Bibring, Esq.
Sarah Musumeci, Esq.
IREDALE & YOO, APC
105 West F Street, 4th Floor
San Diego, CA 92101
Tel: (619) 233-1525
Fax: (619) 233-3221
Email: egiredale@iredalelaw.com
       pbibring@iredalelaw.com
       smusumeci@iredalelaw.com
*(Attorney for Plaintiff)*

Joseph C. Crudo, Esq.
JOSEPH C. CRUDO PLC
3990 Old Town Ave., Ste. C101
San Diego, CA 92110
Tel: (858) 622-7280
Fax: (858) 450-9411
Email: joseph@crudoplc.com
*(Attorney for Plaintiff)*

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2026, at San Diego, California.

By: s/ *Timothy A. Hanna*

(Jamel Burt v. Nicolai Ramos, et al; USDC No. 24-cv-00662-CAB-VET)