DAMON M. BROWN, County Counsel (SBN 242265)
By: TIMOTHY A. HANNA, Senior Deputy (SBN 310620)
    CHRISTOPHER M. BLAYLOCK, Supervising Deputy (SBN 284629)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone:  (619) 904-0151; (619) 531-2469; (619) 531-6005
E-mail: timothy.hanna@sdcounty.ca.gov; christopher.blaylock@sdcounty.ca.gov

Attorneys for Defendants County of San Diego and
Nicolai Ramos

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEL BURT,<br><br>    Plaintiff,<br><br>  v.<br><br>NICOLAI RAMOS, in his individual capacity, COUNTY OF SAN DIEGO; and DOES 1-5,<br><br>    Defendants. | No. 24-cv-00662-CAB-VET<br><br>**NOTICE OF LODGMENT IN SUPPORT OF MOTION TO FILE INTERNAL AFFAIRS INVESTIGATION RECORDS UNDER SEAL IN CONNECTION WITH DEFENDANTS' COUNTY OF SAN DIEGO AND NICOLAI RAMOS' SUMMARY JUDGMENT MOTIONS**<br><br>District Judge: Hon. Cathy A. Bencivengo<br>Courtroom: 15A<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

-1-

No. 24-cv-00662-CAB-VET

Defendants County of San Diego and Nicolai Ramos lodge the following exhibits in support of their Motion to File Internal Affairs Investigation Records Under Seal In Connection With Defendants' County of San Diego and Nicolai Ramos' Motions for Summary Judgment [ECF No. 86]:

EXHIBIT 1: Internal Affairs Investigation Report, Case No. 2018-060.1 (CSD 001999-002059);

EXHIBIT 2: Notice of Proposed Disciplinary Action, Case No. 2018-060.1 (CSD 005795-005796);

EXHIBIT 3: Prior Internal Affairs Summary (CSD 002129);

EXHIBIT 4: Strode Arrest Body Worn Camera Footage (CSD 003552);

EXHIBIT 5: San Diego Central Jail Strode Booking CCTV Footage (CSD 002172); and

EXHIBIT 6: Excerpt from Strode Arrest Report (CSD 003559).

DATED: July 9, 2026          DAMON M. BROWN, County Counsel

By: *s/Timothy A. Hanna*
TIMOTHY A. HANNA., Senior Deputy Attorney
CHRISTOPHER BLAYLOCK, Supervising Deputy Attorney
Attorneys for Defendants County of San Diego and Nicolai Ramos

-2-