EUGENE G. IREDALE: SBN 75292
PETER BIBRING: SBN 223981
SARAH MUSUMECI: SBN 328306
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221
Attorneys for Plaintiffs

JOSEPH C. CRUDO: SBN 263993
JOSEPH C. CRUDO PLC
3990 Old Town Avenue, Ste. C101
San Diego, CA  92110
Telephone: (858) 622-7280
Fax: (858) 450-9411
Email:  joseph@crudoplc.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEL BURT,<br><br>Plaintiff,<br><br>v.<br><br>NICOLAI RAMOS, in his individual capacity, and the COUNTY OF SAN DIEGO,<br><br>Defendants. | CASE NO. 24-CV-0662-CAB-VET<br><br>**PLAINTIFF'S UNOPPOSED *EX PARTE* MOTION TO LODGE VIDEO EVIDENCE IN SUPPORT OF CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hon. Cathy Ann Bencivengo |

Plaintiff Jamel Burt moves this Court *ex parte* for an order permitting lodgment of video exhibits in support of Plaintiff's consolidated opposition to the County of San Diego's and Nicolai Ramos's motions for summary judgment. In support of their opposition, Plaintiff wishes to submit video evidence which cannot be e-filed through the Court's CM/ECF system. For this reason, Plaintiff respectfully requests this Court to permit Plaintiff to lodge the following exhibits:

**Exhibit C**: Slow motion excerpt of Deputy Wilder's body worn camera video.

**Exhibit P**: Officer Hogan's body worn camera video (CSD003552); and

**Exhibit Q**: Surveillance footage from Strode case (CSD002172).

Defendants do not oppose this motion.

Respectfully submitted,

Dated: July 13, 2026

**IREDALE AND YOO, APC**
**JOSEPH C. CRUDO PLC**

*s/ Peter Bibring*

PETER BIBRING

Attorneys for Plaintiff

2                        24-CV-0662-CAB-VET