EUGENE G. IREDALE: SBN 75292
PETER BIBRING: SBN 223981
SARAH MUSUMECI: SBN 328306
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221
Attorneys for Plaintiffs

JOSEPH C. CRUDO: SBN 263993
JOSEPH C. CRUDO PLC
3990 Old Town Avenue, Ste. C101
San Diego, CA  92110
Telephone: (858) 622-7280
Fax: (858) 450-9411
Email:  joseph@crudoplc.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEL BURT,<br><br>      Plaintiff,<br><br>v.<br><br>NICOLAI RAMOS, in his individual capacity, and the COUNTY OF SAN DIEGO,<br><br><br>      Defendants. | CASE NO. 24-CV-0662-CAB-VET<br><br>**PLAINTIFF'S NOTICE OF LODGMENT OF PLEADINGS AND EXHIBITS IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hon. Cathy Ann Bencivengo<br><br>Date:  July 27, 2025<br>Courtroom: 15A<br><br>**[PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS ORDERED BY COURT]** |

On June 22, 2026, Defendants County of San Diego and Nicolai Ramos filed motions for summary judgment. (ECF Nos. 80 and 81.) On July 8, 2026, after Plaintiff's counsel notified defense counsel of their intent to file exhibits designated as confidential in support of their opposition to Defendants' motions for summary judgment, Defendants filed a motion to require Plaintiff's to file certain exhibits in support of its opposition under seal (ECF No. 86) in accordance with this Court's Chamber Rules on sealing motions. Chamber Rules for the Hon. Cathy Ann Bencivengo, Rule V(B). Those rules provide that, following such a motion, "After receiving a ruling from the Court on the motion to file documents under seal, the party may file its substantive motion (or opposition) consistent with the Court's order and may then lodge any documents authorized to be sealed on CM-ECF by linking the sealed documents to the original motion to file documents under seal." *Id. T*he Court has not ruled on Defendants' motion to require Plaintiff to file certain exhibits in support of their opposition under seal.

Accordingly, in an effort to both comply with Chamber Rules and local rules regarding the deadlines for opposing Defendants motions for summary judgment, Plaintiff hereby lodges unredacted copies with Chambers, with a copy to all counsel, of the following documents:

1. Plaintiff's Consolidated Opposition to Defendants County of San Diego's and Nicolai Ramos's Motions for Summary Judgment.

2. Declaration of Peter Bibring in Support of Plaintiff's Opposition to Defendants' Motions for Summary Judgment.

3. Declaration of Roger Clark in Support of Plaintiff's Consolidated Opposition to Defendants' Motions for Summary Judgment.

4. Plaintiff's Request for Judicial Notice

NOTICE OF LODGMENT OF PLEADINGS AND EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Upon receiving the Court's order on Defendants' motion to require Plaintiff to file documents under seal, Plaintiffs will promptly "file its substantive … opposition … consistent with the Court's order," pursuant to the Court's rules. *Id.*

Respectfully submitted,

Dated: July 13, 2026

**IREDALE AND YOO, APC**
**JOSEPH C. CRUDO PLC**

*s/ Peter Bibring*
PETER BIBRING

Attorneys for Plaintiff

NOTICE OF LODGMENT OF PLEADINGS AND EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT