EUGENE G. IREDALE: SBN 75292
PETER BIBRING: SBN 223981
SARAH MUSUMECI: SBN 328306
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221
Email: egiredale@iredalelaw.com
Email: pbibring@iredalelaw.co
Email: smusumeci@iredalelaw.com

JOSEPH C. CRUDO: SBN 263993
JOSEPH C. CRUDO PLC
3990 Old Town Avenue, Suite C101
San Diego, CA 92110
Telephone: (858) 622-7280
Fax: (858) 450-9411
Email: joseph@crudoplc.com

Attorneys for Plaintiff Jamel Burt

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEL BURT,<br><br>            Plaintiff,<br><br> vs.<br><br>NICOLAI RAMOS, in his individual capacity; COUNTY OF SAN DIEGO; MICHAEL ALCARION, in his individual capacity; and DOES 1-5,<br><br>            Defendants, | ) Case No: 24-CV-0662-CAB-VET<br>)<br>) **DECLARATION OF SARAH**<br>) **MUSUMECI IN SUPPORT OF**<br>) **PLAINTIFF'S OPPOSITION TO**<br>) **DEFENDANTS' MOTION TO**<br>) **EXCLUDE OPINIONS AND**<br>) **TESTIMONY OF PLAINTIFF'S**<br>) **EXPERT ROGER CLARK**<br>)<br>) Date: July 27, 2026<br>) Judge: Hon. Cathy A. Bencivengo<br>) Courtroom: 15A<br>)<br>) **[PER CHAMBER RULES, NO**<br>) **ORAL ARGUMENT UNLESS**<br>) **SEPARATELY ORDERED BY THE**<br>) **COURT]**<br>)<br>)<br>) |

P

I, SARAH MUSUMECI, being duly sworn, hereby declare:

1.     I am an attorney lawfully admitted to practice in this Court and am counsel for Plaintiff in this action. I make the following declaration based on personal knowledge. If called to testify to the matters set forth herein, I could and would competently testify thereto based on my personal knowledge.

2.     Attached hereto as **Exhibit A** are excerpts from the deposition of Plaintiff's police practices expert, Roger Clark, which took place on May 13, 2026.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 13th day of July, 2026 in San Diego, California.

/s/ Sarah Musumeci
SARAH MUSUMECI

-1-
DECL. OF SARAH MUSUMECI ISO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE
OPINIONS AND TESTIMONY OF ROGER CLARK

# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA


JAMEL BURT,                                ) No. 24-CV-00662-CAB-VET
                                           )
                    Plaintiff,             )
                                           )
v.                                         )
                                           )
NICOLAI RAMOS, in his individual    )
capacity, COUNTY OF SAN DIEGO;      )
MICHAEL ALCARION, in his individual)
capacity; and DOES 1-5,             )
                                           )
                    Defendants.      )
_____)


                    EXPERT VIDEO DEPOSITION

                       OF ROGER CLARK

                 VOLUME 1, PAGES 1 THROUGH 88

                   WEDNESDAY, MAY 13, 2026

                   SAN DIEGO, CALIFORNIA








Reported by:
Kathleen Madden Keenaghan
CSR No. 14577
Job No. 10190690

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JAMEL BURT,                            ) No. 24-CV-00662-CAB-VET
                                       )
                    Plaintiff,         )
                                       )
v.                                     )
                                       )
NICOLAI RAMOS, in his individual       )
capacity, COUNTY OF SAN DIEGO;         )
MICHAEL ALCARION, in his individual)
capacity; and DOES 1-5,                )
                                       )
                    Defendants.        )
_____)

         VIDEO DEPOSITION OF ROGER CLARK COMMENCING at the

hour of 10:16 a.m., on Wednesday, May 13, 2026, taking place

at 1600 Pacific Highway, Suite 355, San Diego, California

92101 before Kathleen Madden Keenaghan, Certified Shorthand

Reporter No. 14577, in and for the State of California.

APPEARANCES


For the Plaintiff:

            BY:  EUGENE IREDALE  (SBN 75292)
            Iredale and Yoo APC
            105 W F Street, Floor 4
            San Diego, California 92101
            Phone: (619) 233-1525
            Fax: (619) 233-3221
            Email: egiredale@iredalelaw.com



Attorneys for Defendant County of San Diego, Michael
Alcarion and Nicolai Ramos:

            BY:  TIMOTHY A. HANNA (SBN 310620)
            OFFICE OF COUNTY COUNSEL, COUNTY OF  SAN DIEGO
            1600 Pacific Highway, Room 355
            San Diego, California 92101-2469
            Telephone: (619) 904-0151
            E-mail: timothy.hanna@sdcounty.ca.gov







The Videographer:  Tanya Fonseca

says, come and get me, or tries to fight it out.  And then last is life-threatening.  So when I said bookends, there is a starting point or a descriptive level -- a level that you would not go further than his level.  So that is what I meant by bookends.  So that is the description.

**Q   Okay.  Going back to stop flexing.  I wanted to ask if an individual was -- if what was meant by that was pulling away and trying to -- pulling and tugging, would that -- would you characterize that as active resistance?**

A   Pulling away, tugging away is active.

**Q   Okay.  Let me ask you this, when you say it's bookends, does generally -- scratch that.**

**Let me ask it this way, do -- these different categories, do they play a role in determining what use of force -- what force is applied?**

A   Yes.

**Q   Okay.  And what role do they play?**

A   Well, in terms of a definition given to every officer, which is what is excessive then?  An excessive force is when the type, degree, or duration of the force was not necessary or appropriate.  Then it falls into the category of excessive force, and it can rise to the level of assault under colored authority, where they -- infliction of force was not authorized to battery by a police officer.

So this was very carefully taught, and the officer

But going back to these 12 specific instances, I want to ask, are you aware of whether any of those had -- with respect to those 12 instances, whether there was a jury verdict finding of excessive force?

A   No.

Q   And you had mentioned that you did a statistical analysis here.  And you mentioned -- I wanted to specifically point out that there is a line here that the number of use of force instances that SDCSD found out of policy is miniscule and utterly unrealistic.  Was -- that conclusion, was that based purely on just looking at the statistics?

A   It is based on my training experience, and other uses of force that I've reviewed with other departments and their statistics.  I've never seen such a low determination of excessive force before -- this is unique, I will say it that way.  This is a unique statistic compared to what I have seen in cases that I have had.

Q   Yes.  And let me ask you about that.  Which specific other law enforcement agencies are you comparing this statistic to you?

A   So you can do a statistical inquiry, what would be the -- as regarding what would be a reasonable experience among agencies, it varies.  Culture has a lot to do with it. But the one that's most defining -- what I had was a case

called Enriquez vs. Fresno, and it was a Monell case, where it was use of deadly force, and I did statistics, as approved by the court, and allowed to comment on them.

Q    Absolutely.  But with respect to this particular -- I understand you are referring to some other departments.  I wanted to ask, did you compare San Diego's Sheriff's Office, the statistics for this time period, to the statistics a similar time period of any other department or law enforcement agency?

A    In other words, what was the sheriff's department experience versus --

Q    Any other law enforcement agency?

A    I would have put it in a paragraph if I -- no.  The answer is no, not at this time.

Q    And you mentioned earlier training.  Have you had any training on statistical analysis?

A    Just basic math classes.  And the statistical analysis that I was most heavily engaged in was the Command College thesis I wrote, which was -- my faculty advisor was a -- had a doctorate in statistics, and helped me with that. I took a survey of all the agencies in the state, et cetera.

Q    And what was your specific thesis?

A    Police -- community expectations for police services.  And then it required a survey of all agencies, and what I did do some other things, research, all of the

law-enforcement agencies in California of all types and all sizes.

Q   Okay.  And you mentioned that was your thesis for Command College.  When did you graduate from Command College?

A   I graduated in San Diego in --

Q   I can pull it up.

A   -- 1977 or 1978, I think.

Yeah.  Here it is.  1988.

Q   And have you taken any university level courses on statistical analysis or statistics?

A   No.

Q   Any other type of education with respect to statistical analysis?

A   Just what I was taught by my faculty advisor.  And, of course, I had math classes that accommodated how I could calculate.  And then because -- the Command College course, it was a master's level course, but the diploma is given by POST, not by the university system.  And it was heavy on how to do analysis and to identify trends on the subject being examined.

Q   And then I want to skip ahead, actually, all the way to page 14.

ATTORNEY HANNA:  We are almost there, gentlemen.

REPORTER'S CERTIFICATE

I, Kathleen Madden Keenaghan, a Certified Shorthand Reporter for the State of California, do hereby certify:

That the foregoing transcript of proceedings was taken before me at the time and place set forth; that the testimony and proceedings were reported stenographically by me and later transcribed by computer-aided transcription under my direction and supervision; that the foregoing is a true record of the testimony and proceedings taken at that time.

I further certify that I am in no way interested in the outcome of said action.

I have hereunto subscribed my name this 29th day of May, 2026.

_____

Kathleen Madden Keenaghan

CSR No. 14577

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)