EUGENE G. IREDALE: SBN 75292
PETER BIBRING: SBN 223981
SARAH MUSUMECI: SBN 328306
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221
Attorneys for Plaintiffs

JOSEPH C. CRUDO: SBN 263993
JOSEPH C. CRUDO PLC
3990 Old Town Avenue, Ste. C101
San Diego, CA  92110
Telephone: (858) 622-7280
Fax: (858) 450-9411
Email:  joseph@crudoplc.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEL BURT,<br><br>Plaintiff,<br><br>v.<br><br>NICOLAI RAMOS, in his individual capacity, and the COUNTY OF SAN DIEGO,<br><br>Defendants. | CASE NO. 24-CV-0662-CAB-VET<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>Hon. Cathy Ann Bencivengo<br><br>Date:  July 27, 2025<br>Courtroom: 15A<br><br>**[PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS ORDERED BY COURT]** |

Pursuant to Federal Rule of Evidence, Rule 201, Plaintiff Jamel Burt respectfully requests that the Court take judicial notice of the following documents filed in federal court and attached as exhibits to the Declaration of Peter Bibring in Support of Plaintiff's Opposition to Defendants' Motions for Summary Judgment ("Bibring Dec."), filed concurrently herewith:

(1) The Judgment [ECF 440] in *Mickail Myles v. County of San Diego*, *et al*, No. 15-cv-01985-JAH-BLM, ECF No. 440 (S.D. Cal.), attached as **Exhibit V** to the Bibring Dec.; and

(2) The Complaint [ECF 1] in *Miguel Villa v. County of San Diego, et al*, No. 20-cv-0537-CAB-NLS (S.D. Cal.), attached as **Exhibit W** to the Bibring Dec.

"Under Federal Rule of Evidence 201, the Court may take judicial notice of matters of public record if the facts are not 'subject to a reasonable dispute.'" *Olds v. Metlife Home Loans*, No. SACV 12-55 JVS RNBX, 2012 WL 10420298 at *1 n.1 (C.D. Cal. Mar. 19, 2012) (citing *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001)). Court orders and filings are proper subjects of judicial notice. *See*, *e.g.*, *United States v. Black*, 482 F.3d 1035, 1041 (9th Cir. 2007) (noting that a court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue"); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n. 6 (9th Cir.2006) (taking judicial notice of pleadings, memoranda, and other court filings); *Farahani v. Floria,* No. 12–CV–04637 LHK, 2013 WL 1703384, *1 n. 1 (N.D. Cal. Apr. 19, 2013) ("The remaining documents submitted for judicial notice are all documents filed in previous and concurrent lawsuits, which are similarly suitable for judicial notice under Fed. R. Evid. 201(b)").  Indeed, the County has sought judicial notice of similar pleadings in support of its motion for

REQUEST FOR JUDICIAL NOTICE

summary judgement.  *See* Request for Judicial Notice in Support of Defendant County of San Diego's Motion for Summary Judgment, ECF 80-2.

Based on the foregoing, Plaintiff respectfully requests that the Court take judicial notice of the above-referenced materials in *Myles* and *Villa*.

Respectfully submitted,

Dated: July 13, 2026                    **IREDALE AND YOO, APC**
                                        **JOSEPH C. CRUDO PLC**

                                        *s/ Peter Bibring*
                                        PETER BIBRING

                                        Attorneys for Plaintiff

REQUEST FOR JUDICIAL NOTICE