# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name:  **BURT v. RAMOS, et al.**             Case Number: **3:24-cv-00662-CAB-VET**

Hon. Cathy Ann Bencivengo        Ct. Deputy Lori Hernandez        Rptr Tape:  N/A

On July 13, 2026, Plaintiff Burt Ramos filed an unopposed motion to lodge under seal Exhibits C, P, and Q to Plaintiff's consolidated opposition to the County of San Diego's and Nicolai Ramos' motions for summary judgment.  [Doc. No. 89.]  The Court **GRANTS** the motion.

 Date:  July 20, 2026                                                    Initials:  REO