EUGENE G. IREDALE: SBN 75292
PETER BIBRING: SBN 223981
SARAH MUSUMECI: SBN 328306
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221
Attorneys for Plaintiffs

JOSEPH C. CRUDO: SBN 263993
JOSEPH C. CRUDO PLC
3990 Old Town Avenue, Ste. C101
San Diego, CA  92110
Telephone: (858) 622-7280
Fax: (858) 450-9411
Email:  joseph@crudoplc.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEL BURT,<br><br>Plaintiff,<br><br>v.<br><br>NICOLAI RAMOS, in his individual capacity, and the COUNTY OF SAN DIEGO,<br><br>Defendants. | CASE NO. 24-CV-0662-CAB-VET<br><br>**PLAINTIFF'S NOTICE OF LODGMENT OF VIDEO EXHIBITS IN SUPPORT OF CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

On July 20, 2026, the Court granted Plaintiff's unopposed *ex parte* motion to lodge video exhibits in support of Plaintiff's consolidated opposition to Defendants' motions for summary judgment. (ECF No. 95.) In accordance with the Court's order, Plaintiff lodges the following exhibits in support of his consolidated opposition to Defendants' motions for summary judgment:

**Exhibit C**: Slow motion excerpt of Deputy Wilder's body worn camera video.

**Exhibit P**: Officer Hogan's body worn camera video (CSD003552); and

**Exhibit Q**: Surveillance footage from Strode case (CSD002172).

Respectfully submitted,

Dated: July 20, 2026        **IREDALE AND YOO, APC**

**JOSEPH C. CRUDO PLC**

*s/ Sarah Musumeci*

SARAH MUSUMECI

Attorneys for Plaintiff

NOTICE OF LODGMENT OF VIDEO EXHIBITS IN SUPPORT OF CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT