Declaration of Service

I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On July 20, 2026, I served the following document(s):

- **REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS COUNTY OF SAN DIEGO AND NICOLAI RAMOS' MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF PLAINTIFF'S EXPERT ROGER CLARK**

In the following manner:

☒ **By ECF**, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

| | |
|---|---|
| Eugene G. Iredale, Esq. | Joseph C. Crudo, Esq. |
| Peter Bibring, Esq. | JOSEPH C. CRUDO PLC |
| Sarah Musumeci, Esq. | 3990 Old Town Ave., Ste. C101 |
| IREDALE & YOO, APC | San Diego, CA 92110 |
| 105 West F Street, 4th Floor | Tel: (858) 622-7280 |
| San Diego, CA 92101 | Fax: (858) 450-9411 |
| Tel: (619) 233-1525 | Email: joseph@crudoplc.com |
| Fax: (619) 233-3221 | *(Attorney for Plaintiff)* |
| Email: egiredale@iredalelaw.com | |
| pbibring@iredalelaw.com | |
| smusumeci@iredalelaw.com | |
| *(Attorney for Plaintiff)* | |

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 20, 2026, at San Diego, California.

By: s/ *Timothy A. Hanna*
E-mail: timothy.hanna@sdcounty.ca.gov

(Jamel Burt v. Nicolai Ramos, et al; USDC No. 24-cv-00662-CAB-VET)