

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEL BURT,<br><br>                                    Plaintiff,<br><br>v.<br><br>NICOLAI RAMOS, in his individual capacity, and COUNTY OF SAN DIEGO,<br><br>                                    Defendants. | Case No.:  3:24-cv-00662-CAB-VET<br><br>**SCHEDULING ORDER** |

///

///

///

///

///

///

///

///

///

///

1

Following the ruling on the Defendants' motions for summary judgment, [Doc. No. 100], the Court confirms the following pretrial and trial schedule for this matter:

| | |
|---|---|
| Exchange of Pretrial Disclosures | September 14, 2026 |
| Meet and confer to prepare Pretrial Order | September 21, 2026 |
| Plaintiff provides proposed Pretrial Order | September 28, 2026 |
| Parties file Motions in Limine | September 28, 2026 |
| Lodge Proposed Pretrial Order | October 5, 2026 |
| Parties file Responses to Motions in Limine | October 5, 2026 |
| Pretrial Conference and Motion in Limine Hearing | October 16, 2026, at 2:00 p.m. |
| Trial | November 16, 2026, at 8:45 a.m. |

The Court **DIRECTS** the parties to contact Magistrate Judge Torres to schedule a final settlement conference prior to Pretrial Conference.

It is **SO ORDERED**.

Dated:  August 10, 2026

Hon. Cathy Ann Bencivengo
United States District Judge