DAMON M. BROWN, County Counsel (SBN 242265)
By: TIMOTHY A. HANNA, Senior Deputy (SBN 310620)
CHRISTOPHER M. BLAYLOCK, Supervising Deputy (SBN 284629)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 904-0151; (619) 531-2469; (619) 531-6005
E-mail: timothy.hanna@sdcounty.ca.gov; christopher.blaylock@sdcounty.ca.gov

Attorneys for Defendant County of San Diego and
Nicolai Ramos

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

JAMEL BURT,

Plaintiff,

v.

NICOLAI RAMOS, in his individual capacity, COUNTY OF SAN DIEGO; MICHAEL ALCARION, in his individual capacity; and DOES 1-5,

Defendants.

No. 24-cv-00662-CAB-VET

**DEFENDANTS' PRETRIAL DISCLOSURES**
**[Fed. R. Civ. Proc. 26(a)(3)]**

Pretrial Conference Date: October 16, 2026
Time: 2:00 p.m.
Courtroom: 15A
Judge: Hon. Cathy A. Bencivengo

Defendants hereby comply with pretrial disclosures pursuant to ECF No. 101 and the provisions of Federal Rules of Civil Procedure, Rule 26(a)(3) as follows:

**Disclosure of Witnesses, FRCP 26(a)(3)(A)(i):**

*Defendants identify the following persons whom they expect to present at trial:*

1) Nicolai Ramos, SDSO Deputy – Defendant, contact through the Office of County Counsel.

2) Jacob Wilder-Tramell, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

3) Javier Morales, SDSO Deputy Detective – Percipient witness, contact through the Office of County Counsel.

4) James McCurty, SDSO Sergeant– Percipient witness, contact through the Office of County Counsel.

5) David Perkins, SDSO Lieutenant– Percipient witness, contact through the Office of County Counsel.

6) Matthew Glisson, SDSO Captain (Ret.) – Percipient witness, contact through the Office of County Counsel.

7) John Spach, SDSO Lieutenant– Percipient witness, contact through the Office of County Counsel.

8) Ashley Lewis, SDSO Lieutenant – Percipient witness, contact through the Office of County Counsel.

9) Lon Nguyen, SDSO Lieutenant – Percipient witness, contact through the Office of County Counsel.

10) John Stanley – Defendants' Retained Expert Witness, 2220 Bonita Avenue, La Verne, CA 91750; (626) 831-8284.

11) George Georgaklis, D.D.S. – Defendants' Retained Expert Witness, 4510 Executive Drive, Ste. 106, San Diego, CA 92121; (858) 552-1223.

///

///

*Defendants identify the following persons whom they may call at trial if the need arises:*

12) Jamel Burt – Plaintiff, contact through his Counsel of Record.

13) Perry Lotts – Percipient witness, 6333 Harris Heights Ave., Glen Burnie, MD 21061; (443) 553-3212.

14) Roger Clark –Plaintiff's Retained Expert Witness, 10207 Molino Road, Santee, CA 92071; (208) 351-2458.

15) Ghazal Farhang, D.D.S. – Plaintiff's Non-Retained Expert Witness, 1558 East H Street, Ste. B, Chula Vista, CA 91913; (619) 421-9070.

16) James Petruse, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

17) Nicholas Dohmen, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

18) James Santos, Jr., SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

19) Ryan Murphy, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

20) Jeffrey Houser, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

21) Chris Hydar, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

22) Jeffrey Cruz, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

23) Brian Baydo, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

24) Cliff Cutrell, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

///

25) Jeremy Banks, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

26) David Ertz, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

27) Shane Allison, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

28) Andrew Brumfield, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

29) Ronald Bushnell, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

30) David Pockington, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

31) Zachary Harris, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

32) Frank Leyva, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

33) Kenneth Edward, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

34) Peter Alvarado, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

35) Jeffrey Chu, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

36) Joseph McManus, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

37) Christopher Cadigan, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

38) Jason Ferguson, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

39) Alexander Soliman, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

40) Dylan Haddad, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

41) Chase Fisher, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

42) Julio Rodriguez, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

43) Jorge Enciso, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

44) Salvador Suarez, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

45) Ryan Seabron, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

46) Diego Lopez, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

47) Andrew Prendiville, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

48) Charles DeLaCruz, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

49) Aaron Vrabel, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

50) Spencer Schafer, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

51) Jose Lopez, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

52) Laura Coyne, SDSO Lieutenant – Percipient witness, contact through the Office of County Counsel.

53) Michael Lawson, SDSO Sergeant – Percipient witness, contact through the Office of County Counsel.

54) Mason Hendrix, SDSO Sergeant – Percipient witness, contact through the Office of County Counsel.

55) John Douthitt, SDSO Sergeant – Percipient witness, contact through the Office of County Counsel.

56) Drew Beatty, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

57) Adrian Carrillo, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

58) Roland Garza, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

59) Joseph Kodadek, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

60) John Robledo, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

61) Scott Rossall, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

62) Frank Stalzer, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

63) Scott Winter, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

64) Kevin McCauley, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

65) Nicholas Morgan, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

66) Joshua Nahan, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

67) Christian Broussard, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

68) William Kearney, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

69) Kyle Bibel, SDSO Sergeant (Ret.) – Percipient witness, contact through the Office of County Counsel.

70) Casey Dow, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

71) Stephen McCarthy, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

72) Michael Saunders, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

73) David Barrera, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

74) Roger Hurst, SDSO Sergeant– Percipient witness, contact through the Office of County Counsel.

75) Jeff Hornacek, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

76) Greg Ward, SDSO Sergeant– Percipient witness, contact through the Office of County Counsel.

77) Joe Bartlee, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

78) Kevin Moore, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

79) Tim Matzkiw, SDSO Lieutenant – Percipient witness, contact through the Office of County Counsel.

80) David Lovejoy, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

81) John Buckley, SDSO Sergeant– Percipient witness, contact through the Office of County Counsel.

82) Gerardo Roman, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

83) Dimitris Vlahakis, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

84) Elizabeth Montoya, SDSO Sergeant– Percipient witness, contact through the Office of County Counsel.

85) Tony Keller, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

86) Kenneth Lind, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

87) Michael Cascioppo, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

88) Alexander Doyle, SDSO Sergeant– Percipient witness, contact through the Office of County Counsel.

89) Justin Cole, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

90) Nicholas Huton, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

91) Landon Kuhn, SDSO Sergeant– Percipient witness, contact through the Office of County Counsel.

92) Evelyn Leon, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

93) James Cea, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

94) Kenneth Jones, SDSO Lieutenant – Percipient witness, contact through the Office of County Counsel.

95) Marshall Mora III, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

96) Gregory Buchnoff, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

97) Mark Cahill, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

98) Benjamin Nazerian, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

99) Javier Rodriguez, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

100) Michael Rand, SDSO Lieutenant– Percipient witness, contact through the Office of County Counsel.

101) Howard Kluge III, SDSO Sergeant – Percipient witness, contact through the Office of County Counsel.

102) Matthew Walters, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

103) Dominic Banaga, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

104) John P. Boyce, SDSO Lieutenant – Percipient witness, contact through the Office of County Counsel.

105) Michael Abas, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

106) Jared Birrenkott, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

107) Plutarco Vail, SDSO Sergeant – Percipient witness, contact through the Office of County Counsel.

108) Mark Milton, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

109) Kerry Johnson, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

110) Kenneth Feistel, Jr., SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

111) Nicholas Ramirez, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

112) Andres Garcia, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

113) Nicholas Koons, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

114) Michanna Krzykowski, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

115) Nicolas Gonzalez, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

116) Jenelle Hudson, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

117) Bryce Thompson, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

118) Aaron Tenorio, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

119) Isaac Martinez, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

120) Anel Rodriguez, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

121) Dominic Banaga, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

122) Preston Robbins, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

123) Nicholas Hutton, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

124) Trentyn Staley, SDSO Deputy – Percipient witness, contact through the Office of County Counsel.

*Defendants reserve the right to identify and call all witnesses who may be subsequently ascertained. In addition, Defendants reserve the right to call all witnesses identified in Plaintiff's disclosures.*

**Disclosure of Witnesses, FRCP 26(a)(3)(A)(ii):**

Defendants do not plan on presenting testimony solely through deposition, though Defendants may request to use deposition transcripts that have been taken throughout this litigation.

**Disclosure of Documents, Exhibits or Other Evidence FRCP 26(a)(3)(A)(iii):**

*Defendants identify the following documents, other exhibits or other evidence in Defendants' possession, custody or control that it expects to offer to contradict or rebut Plaintiff's case:*

| **Number** | **Date Marked** | **Date Admitted** | **Description** |
|---|---|---|---|
| A | | | San Diego Sheriff's Department Arrest Report 22156316.1 from Subject Incident (CSD 000030-000040) |
| B | | | San Diego Sheriff's Department Arrest Report 22156316.2 from Subject Incident (CSD 000041-000044) |
| C | | | Background Event Chronology, Event No. E8247218 (CSD 000045-000050) |
| D | | | Citation No. 1109409 (CSD 000391) |
| E | | | Citation No. 1109410 (CSD 000392) |
| F | | | CLETS Information from Subject Incident (CSD |

| | | | |
|---|---|---|---|
| | | | 000393-000402) |
| G | | | Rancho San Diego Station Patrol Sergeant's Daily Log December 18, 2022 (CSD 000403-000404) |
| H | | | Photographs from Subject Incident (CSD 000405-000482, 000594-000618) |
| I | | | San Diego County Sheriff's Office Policy & Procedure Manual, sections 2.49, 6.48, 10.10 and Addendum F. (CSD 000483-000503) |
| J | | | San Diego Sherriff's Department Use of Force Supplemental Report (CSD 000504-000506) |
| K | | | Radio Audio Records relating to the Subject Incident (CSD 000507) |
| L | | | Two (2) body worn camera videos relating to the Subject Incident (CSD 000508-000509) |
| M | | | Background Event Chronology, Event No. E8247218 (CSD 000586-000589) |
| N | | | Audio, Event no. E8247218 (CSD 000590) |
| O | | | Background Event Chronology, Event No. E8247382 (CSD 000591-000592) |
| P | | | Audio, Event no. E8247382 (CSD 000583) |
| Q | | | 2022 Addendum F (CSD 000619-000636) |
| R | | | Qualification Report re Nicolai Ramos (CSD 000637) |
| S | | | POST Certification Profile re Nicolai Ramos (CSD 000638-000640) |
| T | | | LMS Transcripts re Nicolai Ramos (CSD 000648-000682) |
| U | | | Training Certificates re Nicolai Ramos (CSD 001458-001460) |
| V | | | SDSD Training History (CSD 001994-002059, CSD 002087-002128) |

| | | | |
|---|---|---|---|
| W | | | Policy 2.48 (CSD 003561) |
| X | | | UOF Review Report version 2 (CSD 003562) |
| Y | | | Additional Policy (CSD 004068-004074) |
| Z | | | Plaintiff Jamel Burt's Bonita Smiles Records |
| AA | | | Deposition Transcript of Dep. Jacob Wilder with Exhibits |
| AB | | | Deposition Transcript of Ghazal Farhang with Exhibits |
| AC | | | Deposition Transcript of Lt. Ashley Lewis with Exhibits |
| AD | | | Deposition Transcript of Lt. Lon Nguyen with Exhibits |
| AE | | | Deposition Transcript of Dep. Nicolai Ramos with Exhibits |
| AF | | | Deposition Transcript of Plaintiff Jamel Burt with Exhibits |
| AG | | | Deposition Transcript of Roger Clark with Exhibits |
| AH | | | Plaintiff Jamel Burt's Responses and Objections to Defendant County of San Diego's Requests for Production of Documents, Set One |
| AI | | | Plaintiff Jamel Burt's Responses and Objections to Defendant County of San Diego's Interrogatories, Set One |
| AJ | | | Plaintiff Jamel Burt's Responses and Objections to Defendant Dep. Nicolai Ramos' Interrogatories, Set One |
| AK | | | Plaintiff Jamel Burt's Responses and Objections to Defendant Det. Michael Alcarion's Interrogatories, Set One |
| AL | | | Plaintiff Jamel Burt's Initial Expert Disclosures |
| AM | | | Plaintiff Jamel Burt's Supplemental Expert |

| | | | |
|---|---|---|---|
| | | | Disclosures |
| AN | | | Expert Report of George Georgaklis, D.D.S. |
| AO | | | Expert Report of John Stanley |

*Defendants identify the following documents, other exhibits or other evidence in Defendants' possession, custody or control that it may offer to contradict or rebut Plaintiff's case:*

| **Number** | **Date Marked** | **Date Admitted** | **Description** |
|---|---|---|---|
| AP | | | Plaintiff Jamel Burt Arrest Records, Booking No. 21132879 (CSD 000001-000011) |
| AQ | | | Plaintiff Jamel Burt Arrest Records, Booking No. 22745087 (CSD 000012-000019) |
| AR | | | Plaintiff Jamel Burt Arrest Records, Booking No. 24712844 (CSD 000020-000026) |
| AS | | | Plaintiff Jamel Burt Arrest Records, Booking No. 212561601 (CSD 000027) |
| AT | | | Plaintiff Jamel Burt Arrest Records, Booking No. 212561602 (CSD 000028) |
| AU | | | Plaintiff Jamel Burt Arrest Records, Booking No. 212561604 (CSD 000029) |
| AV | | | San Diego Sheriff Medical Records: Burt, Jamel (CSD 000051-0000390) |
| AW | | | San Diego County Sheriff's Department Incarcerated Person History (CSD 000510-000585) |
| AX | | | Background Event Chronology, Event No. E8247218 (CSD 000586-000589) |
| AY | | | Audio, Event no. E8247218 (CSD 000590) |
| AZ | | | Priors PHI Report (CSD 002129) |

| | | | |
|---|---|---|---|
| BA | | | Broussard Accused Video (CSD 002149) |
| BB | | | De La Torre Video (CSD 002150) |
| BC | | | Kearney Accused Video (CSD 002151) |
| BD | | | Ramos Accused Video (CSD 002152) |
| BE | | | S. Jones Video (CSD 002153) |
| BF | | | Sergeant Lawson Video (CSD 002154) |
| BG | | | Sherman Accused Video (CSD 002155) |
| BH | | | Stevens Video (CSD 002156) |
| BI | | | Photos (CSD 002157-002171) |
| BJ | | | 2017-06-02 CCTV Recording (CSD 002172-002174) |
| BK | | | Sheriff's Body-Worn Camera Footage (CSD 003451-003461) |
| BL | | | RMS Case No. 20153173 (CSD 003462-003490) |
| BM | | | Property and Evidence for 20153173 (CSD 003491-003537) |
| BN | | | Comms Center E688903 (CSD 003538-003551) |
| BO | | | Sheriff's Body-Worn Camera Footage (CSD 003552) |
| BP | | | 2018-060.1 Strode E (CSD 003553-003559) |
| BQ | | | Academy file re Nicolai Ramos (CSD 003560) |
| BR | | | Sheriff's Body-Worn Camera Footage (CSD 003564-004067) |
| BS | | | Additional Policy (CSD 004068-004074) |
| BT | | | False arrest uploaded (CSD 004075) |
| BU | | | Internal Affairs (CSD 004076-006017) |
| BV | | | Plaintiff Jamel Burt's U.S. Customs and Border Protection Records |
| BW | | | Deposition Transcript of Det. Michael Alcarion with Exhibits |
| BX | | | Deposition Transcript of Kyle Bibel with Exhibits |

| | | | |
|---|---|---|---|
| BY | | | Defendant County of San Diego's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set One |
| BZ | | | Defendant County of San Diego's Responses to Plaintiff Jamel Burt's Special Interrogatories, Set One |
| CA | | | Defendant County of San Diego's Responses to Plaintiff Jamel Burt's Request for Admission, Set One |
| CB | | | Defendant County of San Diego's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Two |
| CC | | | Defendant County of San Diego's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Three |
| CD | | | Defendant County of San Diego's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Four |
| CE | | | Defendant County of San Diego's Supplemental Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set One |
| CF | | | Defendant County of San Diego's Second Supplemental Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set One |
| CG | | | Defendant County of San Diego's Supplemental Responses to Plaintiff Jamel Burt's Special Interrogatories, Set One |
| CH | | | Defendant County of San Diego's Second Supplemental Responses to Plaintiff Jamel Burt's Special Interrogatories, Set One |
| CI | | | Defendant County of San Diego's Third Supplemental Responses to Plaintiff Jamel Burt's Special |

| | | | |
|---|---|---|---|
| | | | Interrogatories, Set One |
| CJ | | | Expert Report of Roger Clark |
| CK | | | Mom TRO application |
| CL | | | Home Depot PC484 arrest report |
| CM | | | BWC from prior 148 |
| CN | | | TRO from recent DV |

DATED: September 14, 2026 DAMON M. BROWN, County Counsel

By: */s/ Timothy A. Hanna*
TIMOTHY A. HANNA, Senior Deputy
CHRISTOPHER M. BLAYLOCK, Senior Deputy
Attorneys for Defendant County of San Diego and Nicolai Ramos