EUGENE G. IREDALE: SBN 75292
PETER BIBRING: SBN 223981
SARAH MUSUMECI: SBN 328306
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMEL BURT,<br><br>Plaintiff,<br><br>v.<br><br>NICOLAI RAMOS, in his individual capacity, and COUNTY OF SAN DIEGO,<br><br>Defendants. | CASE NO. 3:24-cv-00662-CAB-VET<br><br>**PLAINTIFFS' PRETRIAL DISCLOSURES**<br><br>**Fed. R. Civ. P. 26(a)(3)**<br><br>Hon. Cathy Ann Bencivengo<br><br>Final Pretrial Conference: October 16, 2026 at 2:00 PM |

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), Plaintiff provides the following information regarding witnesses for trial. Plaintiff reserves the right to supplement this list with additional or corrective information pursuant to Fed. R. Civ. P. 26(e). Plaintiff further incorporates by reference, as if fully set forth herein, all witnesses identified in Defendants' pretrial disclosures and expert witness disclosures, including all witnesses Defendants intend to call and may call.

## I. Witnesses Expected to Testify [Fed. R. Civ. P. 26(a)(3)(A)(i)]

| Name of Witness | Subject Matter of Testimony |
|---|---|
| Jamel Burt<br>C/O Iredale and Yoo, APC<br>105 West F Street, Fourth Floor<br>San Diego, CA 92101 | Plaintiff and percipient witness who will testify regarding liability and damages. |
| Nicolai Ramos<br>San Diego County Sheriff's Office<br>c/o Office of County Counsel<br>1600 Pacific Hwy, Room 355<br>San Diego, CA 92101 | Defendant and percipient witness who will testify regarding liability and damages. |
| Deputy Jacob Wilder (aka Jacob Wilder-Tramell)<br>San Diego Sheriff's Office<br>c/o Office of County Counsel<br>1600 Pacific Hwy, Room 355<br>San Diego, CA 92101 | Percipient witness who will testify regarding liability and damages. Anticipated subject of testimony: Traffic stop of vehicle in which Plaintiff was a passenger, contact and arrest of Plaintiff. |
| Kyle Bibel<br>Capt. (ret.), San Diego County Sheriff's Office<br>c/o Office of County Counsel<br>1600 Pacific Hwy, Room 355<br>San Diego, CA 92101 | Witness who will testify regarding investigation and findings related to Dep. Ramos's prior use of force against Joshua Strode. |
| Roger Clark<br>C/O Iredale and Yoo, APC<br>105 West F Street, Fourth Floor<br>San Diego, CA 92101 | Plaintiffs' retained expert. Plaintiffs anticipate Mr. Clark will provide testimony on the proper police tactics, use of force, arrest and control, control and movement of handcuffed individuals, retaliation, treatment of |

| Name of Witness | Subject Matter of Testimony |
|---|---|
| | detainees and people in custody, practices and procedures related to takedowns (including takedowns of restrained individuals), specifically focusing on the appropriate use of force and the propriety or impropriety of the actions of the defendants in this case; as well as proper training, supervision and discipline of peace officers including investigation, disposition, and discipline in complaints and allegations of excessive force, including systems for the investigation, disposition, and discipline in complaints and allegations of excessive force, and the County's policy of failing to discipline for excessive force, its failure to discipline defendant Ramos for prior similar incident, and the role of those failures in causing this incident. |
| Lt. Lon Nguyen<br>c/o Office of County Counsel<br>1600 Pacific Hwy, Room 355<br>San Diego, CA 92101 | 30(b)(6) witness who will testify regarding liability and *Monell*. |
| Lt. Ashley Lewis<br>San Diego County Sheriff's Office<br>c/o Office of County Counsel<br>1600 Pacific Hwy, Room 355<br>San Diego, CA 92101 | 30(b)(6) witness who will testify regarding liability and *Monell*. |
| Dr. Ghazal Farhang<br>c/o Iredale and Yoo, APC<br>105 West F Street, Fourth Floor<br>San Diego, CA 92101 | Plaintiff's treating dentist who will testify regarding the nature of Plaintiff's injuries, any diagnoses made and treatment rendered, the need for future case, in addition to any other relevant information pertaining to Plaintiff's treatment. |

## II. Witnesses Who May Testify

| Name of Witness | Subject Matter of Testimony |
|---|---|
| Officer Carrie Hogan<br>San Diego State University Police Dept.<br>5499 Remington Rd.<br>San Diego, CA 92115 | Witness to prior use of force by Dep. Ramos on Joshua Strode on June 2, 2017 |
| Javier Morales<br>San Diego Sheriff's Office<br>c/o Office of County Counsel<br>1600 Pacific Hwy, Room 355<br>San Diego, CA 92101 | Percipient Witness who will testify regarding liability and damages. Anticipated subject of testimony: His review of the traffic stop of vehicle in which P was a passenger, contact and arrest of P. |
| Perry Lotts<br>533 Harris Heights Ave., Glen Burnie, MD 21061 | Percipient Witness who will testify regarding liability and damages. Anticipated subject of testimony: Traffic stop of vehicle in which Plaintiff was a passenger, contact and arrest of Plaintiff. |
| Detective Michael Alcarion<br>San Diego County Sheriff's Office<br>c/o Office of County Counsel<br>1600 Pacific Hwy, Room 355<br>San Diego, CA 92101 | Witness who may testify as to training requirements and Defendant Ramos' training. |
| Corporal Aloha B. Peters<br>Recruit Training Officer<br>San Diego Regional Public Safety Training Institute at Miramar College | Witness who may testify regarding Defendant Ramos' training. |
| Kenneth Jones, Lieutenant<br>Internal Affairs Unit<br>San Diego County Sheriff Dept.<br>c/o Office of County Counsel<br>1600 Pacific Hwy, Room 355<br>San Diego, CA 92101 | May testify regarding internal affairs investigations related to *Monell*. |
| Dr. Beena Wycliffe, MD<br>Emergency Department<br>Sharp Grossmont Hospital<br>5555 Grossmont Center Drive | Non-retained expert and interim medical doctor who may testify regarding the initial examination of injuries of Mr. Burt. |

| | |
|---|---|
| La Mesa, CA 91942 | |
| John J. Stanley<br>c/o Office of County Counsel<br>1600 Pacific Hwy, Room 355<br>San Diego, CA 92101 | Defendant's expert witness on police practices and procedures. |

**III. Witness Testimony by Deposition [Fed. R. Civ. P. 26(a)(3)(A)(ii)]**

Plaintiff does not plan on presenting any testimony solely through deposition.

**IV. Exhibits, Documents, and Material [Fed. R. Civ. P. 26(a)(3)(A)(iii)]**

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii), Plaintiff provides the following information regarding evidence for use at trial. Plaintiff reserves the right to supplement the list with additional or corrective information pursuant to Fed R. Civ. P. 26(e). Plaintiff further incorporates by reference, as if fully set forth herein, all exhibits, documents, and other evidence identified in County of San Diego Defendants' pretrial disclosures.

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 1. | | | Video of the detention of and use of force on Jamel Burt at issue in this case from the body-worn camera of Dep. Jacob Wilder (CSD000509). |
| 2. | | | Video of the detention of and use of force on Jamel Burt at issue in this case from the body-worn camera of Dep. Nicolai Ramos (CSD000508). |
| 3. | | | Slow-motion excerpt from Dep. Wilder's body-worn camera video. |

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 4. | | | Photos of Jamel Burt at scene on 12/18/2022 (CSD 000411-000414, CSD000477-000482). |
| 5. | | | Photos from scene (CSD000405-000410, CSD000415-000476). |
| 6. | | | San Diego Sheriff's Department Arrest Report 22156316.1 from Subject Incident (CSD 000030-000040) |
| 7. | | | Arrest report follow-up for subject incident after DA rejection (CSD000040-000044). |
| 8. | | | San Diego Sheriff's Department Use of Force Supplemental Report (CSD 000504-000506) |
| 9. | | | Citation No. 1109409 (CSD 000391) |
| 10. | | | Citation No. 1109410 (CSD 000392) |
| 11. | | | "Use of Force Review: Status Report" printout from incident. (CSD003562). |
| 12. | | | Rancho San Diego Station Patrol Sergeant's Daily Log December 18, 2022 (CSD 000403-000404) |
| 13. | | | Background Event Chronology, Event No. E8247218 (CSD 000045-000050) |

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 14. | | | CLETS Information from Subject Incident (CSD 000393-000402) |
| 15. | | | Radio Audio Records relating to the Subject Incident (CSD 000507) |
| 16. | | | Sharp Grossmont Hospital Emergency Documentation Providing Dr. Wycliffe, time of initial contact with patient is 12/18/22 (BURT00007-00010) |
| 17. | | | Sharp Grossmont Hospital Medical Records (BURT00001-00074) |
| 18. | | | Sheriff Incident Reports Discovery Package – DA 29864, Case #22156316 |
| 19. | | | Scene Photographs: BURT00096-00173 |
| 20. | | | Bonita Smiles Treatment Case Estimate & treatment statement 1558 East H. Street Suite B, Chula Vista, CA 91913 (BURT00174, BURT00175) |
| 21. | | | Background Event Chronology, Event No. E8247218 (CSD00586-00589). |
| 22. | | | Audio File Event No. E8247218 (CSD000590) |
| 23. | | | Background Event Chronology, Event No. |

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| | | | E8247382 (CSD00591-00592). |
| 24. | | | Audio File Event No. E8247382 (CSD000593) |
| 25. | | | Expert report of Plaintiff's expert Roger Clark, with exhibits |
| 26. | | | Expert report of Defendants' expert John J. Stanley, with exhibits |
| 27. | | | Defendant COSD's Responses to Plaintiff Jamel Burt's Request for Admission, Set One |
| 28. | | | Defendant COSD's Responses to Plaintiff Jamel Burt's Special Interrogatories, Set One |
| 29. | | | Defendant COSD's Supplemental Responses to Plaintiff Jamel Burt's Special Interrogatories, Set One |
| 30. | | | Defendant COSD's Second Supplemental Responses to Plaintiff Jamel Burt's Special Interrogatories, Set One |
| 31. | | | Defendant COSD's Third Supplemental Responses to Plaintiff Jamel Burt's Special Interrogatories, Set One |
| 32. | | | Defendant COSD's Responses to Plaintiff Jamel Burt's Special Interrogatories, Set Two |

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 33. | | | Defendant COSD's Supplemental Responses to Plaintiff Jamel Burt's Special Interrogatories, Set Two |
| 34. | | | Defendant COSD's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set One |
| 35. | | | Defendant COSD's First Supplemental Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set One |
| 36. | | | Defendant COSD's Second Supplemental Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set One |
| 37. | | | Defendant COSD's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Two |
| 38. | | | Defendant COSD's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Three |
| 39. | | | Defendant COSD's Supplemental Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Three |

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 40. | | | Defendant COSD's Second Supplemental Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Three |
| 41. | | | Defendant County of San Diego's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Four |
| 42. | | | Defendant County of San Diego's Supplemental Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Four |
| 43. | | | San Diego County Sheriff's Department Policies on use of force (CSD 00483–00503) |
| 44. | | | San Diego County Sheriff's Department Policies, including Policy 2.48 (Use of Force), 6.48 (Physical Force), 10.10 (Minimum Training Standards and Requirements for Use of Force Policy.) (CSD 00483–00485) |
| 45. | | | San Diego County Sheriff's Department Policies, including Addendum F (Use of Force). (CSD 000486-00503) |

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 46. | | | San Diego County Sheriff's Office Policy & Procedure Manual, Addendum F (2022) (CSD000619-CSD000636) |
| 47. | | | SDSD Policy 2.48 (CSD003561) |
| 48. | | | Jail CCTV video of Strode incident from IA file (CSD002172). |
| 49. | | | Strode IA Investigatory file (CSD001995-002059). |
| 50. | | | San Diego Sheriff's Department disciplinary file related to Defendant Nicolai Ramos and his take down of Joshua Strode on June 2, 2017 (CSD005795-005828, plus audio file CSD0005829). |
| 51. | | | The San Diego State University Police Department Reports referred to as Exhibit E of the San Diego Sheriff's Department Internal Affairs Unit Report in case no. 2018-060.1. (See CSD001999) |
| 52. | | | Report by San Diego State University Police Department Officer Carrie Hogan related to the incident involving Joshua Strode on June 2, 2017 |

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| | | | (Bates No. CSD003553-CSD003559). |
| 53. | | | Video footage from the body-worn camera of San Diego State University Police Department Officer Carrie Hogan related to the incident involving Dep. Ramos and Joshua Strode on June 2, 2017, Bates No. CSD003552. |
| 54. | | | "Priors" (SDCSO IA Record Management screen printout re Ramos for Strode incident) (CSD0002129). |
| 55. | | | A complete unexpurgated copy, including the subjects or tests failed of the Memorandum of March 13, 2015, to Recruit Nicolai Ramos #10254. (See CSD001927). |
| 56. | | | Dep. Ramos POST Profile (training history) (CSD000638-000640). |
| 57. | | | Notice to Def. Ramos re failing radio quiz dated 3/13/2015 (CSD0003561) |
| 58. | | | Def Ramos Personnel File (CSD0001475-001884) |
| 59. | | | LMS Training Transcripts Def. Ramos (CSD000648-682) |
| 60. | | | SDSD Ramos Training History (CSD001994-1995) |

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 61. | | | SDSD Ramos Archived TMS Training History (CSD001993) |
| 62. | | | "San Diego Sheriff's Department Internal Affairs Manual" (Nguyen Depo., Exh. 5). |
| 63. | | | SCDSO Use of Force Statistical Report 2017-2018 (Lewis Depo., Exh. 4) |
| 64. | | | SCDSO Internal Affairs Statistical Report 2017-2018 (Lewis Depo., Exh. 5) |
| 65. | | | SCDSO Use of Force Statistical Report 2018-2019 (Lewis Depo., Exh 7) |
| 66. | | | SCDSO Internal Affairs Statistical Report 2018-2019 (CSD004106-4115) |
| 67. | | | SCDSO Use of Force Statistical Report 2019-2020 (Lewis Depo., Exh 6) |
| 68. | | | SCDSO Internal Affairs Statistical Report 2019-2020 |
| 69. | | | SCDSO Use of Force Statistical Report 2020-2021 (CSD004136-004146). |
| 70. | | | SCDSO Internal Affairs Statistical Report 2020-2021 (CSD004126-004135). |
| 71. | | | SCDSO Use of Force Statistical Report 2021- |

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| | | | 2022 (CSD004147-004157). |
| 72. | | | SCDSO Internal Affairs Statistical Report 2021-2022 (CSD004126-004135) |
| 73. | | | SCDSO Use of Force Statistical Report 2022-2023 (CSD004158-71). |
| 74. | | | SCDSO Internal Affairs Statistical Report 2022-2023 (CSD004158-004171). |
| 75. | | | CSD 005526-005534, 005555-005794: Use of Force Training Materials |
| 76. | | | San Diego County Public Records Act Request No, 24-1543 and responses (including spreadsheet) (https://pra.sandiegocounty.gov/requests/24-1543). |
| 77. | | | Complaint in *Bell v. Cty. of San Diego*, No. 14-CV-1767-H (MDD) (County's Request for Judicial Notice, Dkt. 80-2 ("County RJN"), Exh. 1.) |
| 78. | | | Complaint in *Fisher v. County of San Diego*, No. 09cv2572 JM(BGS), (County RJN, Exh. 2) |
| 79. | | | Complaint in *Jimenez v. County of San Diego*, No. 15-CV-02299-L-JLB (County RJN, Exh. 10) |

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 80. | | | Complaint in *Martinez v. County of San Diego*, 20-CV-860 BEN KSC (County RJN, Exh. 9) |
| 81. | | | Complaint in *Myles v. County of San Diego*, 15-CV-1985-BEN (BLM) (County RJN, Exh. 11) |
| 82. | | | Judgment in the case of *Mickail Myles v. County of San Diego, et al*, Case No. 15-cv-01985-JAH-BLM (S.D. Cal.).(See Dkt. 94-1, Exh. V) |
| 83. | | | Online article, Dorian Hargrove, Jenny Day, *Jury awards $5M to man beaten by San Diego Sheriff's Deputies and attacked by K-9 in 2014*, CBS 8 News (Oct. 11, 2022), https://www.cbs8.com/article/news/local/jury-awards-5-million-man-beaten-by-san-diego-sheriffs-deputies/509-7f4f81af-eff7-4c8f-b8d8-0a698117e9ec . |
| 84. | | | *Steinmeier v. County of San Diego*, No. 18-CV-1603 JM (WVG) (County RJN, Exh. 6) |
| 85. | | | Complaint filed in the case of *Miguel Villa v. County of San Diego, et al*, Southern District of California Case No. 20-cv- |

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| | | | 00537-CAB-NLS. (See Dkt. 94-1, Exh. W) |
| 86. | | | Decision in *K.J.P. v. Cnty. of San Diego*, 621 F. Supp. 3d 1097, 1113 (S.D. Cal. 2022) |
| 87. | | | Article: Josh Campbell, Elizabeth Joseph, *Federal jury awards $85 million to California family in wrongful death lawsuit after arrest*, CNN (Mar. 19, 2022), https://www.cnn.com/2022/03/19/us/san-diego-luckyphounsy-wrongful-death-lawsuit |
| 88. | | | First Amended Complaint in *Carr v. County of San Diego*, 19-CV-1139 JLS (MDD) (County RJN, Exh. 8) |
| 89. | | | Complaint in *Marcial Torres v. County of San Diego*, No. 15-CV-01151-CABBLM (S.D. Cal. 2015) (County RJN, Exh. 3) |
| 90. | | | First Amended Complaint in *Silva v. County of San Diego*, 18-CV-02282-L-MSB (S.D. Cal.) (County RJN, Exh. 5) |
| 91. | | | Los Angeles Police Department, *2023 Use of Force Year-End Review*, (https://www.lapdpoliceco |

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| | | | m.lacity.org/042324/BPC_24-074.pdf) |
| 92. | | | City of Sacramento, Office of Public Safety Accountability, Quarterly and Annual Reports, years 2020 to 2022 (https://www.cityofsacramento.gov/opsa/reports-) |
| 93. | | | Press Release, *APD Use of Force within policy 95% of the time*, Albuquerque Police Department (Mar. 1, 2023), at https://www.cabq.gov/police/news/apd-use-of-force-within-policy-95-of-the-time. |
| 94. | | | Disciplinary files in use of force cases. (CSD005830-006017). |
| 95. | | | Training: Warrantless Threshold Arrests (CSD005526) |
| 96. | | | Training: Laws and Current Mandates (CSD005527) |
| 97. | | | Training: Engagement Communication & Delirium (CSD005528) |
| 98. | | | Training: 25-26 UOF Powerpoint (CSD005529) |
| 99. | | | Training: Core Concepts Of De-Escalation (CSD005530) |

| No. | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 100. | | | Training: CPT 2021-2022 UOF Powerpoint (CSD005531) |
| 101. | | | Training: Relationship Between Mental Health And Officer Safety (CSD005532) |
| 102. | | | Training: UOF and De-escalation (CSD005533) |
| 103. | | | Training: UOF CPT Passdown (CSD005534) |
| 104. | | | IA Manual September 2020 (CSD005535-CSD005554) |
| 105. | | | Training: Learning Domain 20_V-3.0[2] (CSD005555-CSD005672) |
| 106. | | | Training: Learning Domain 20_V-5.4 (CSD005673-CSD005794) |

| | | | |
|---|---|---|---|
| 107. | | | SDCSO Complaint policy (CSD004068-004074) |
| 108. | | | Excessive Force IA investigations (CSD004474-005495) |

Respectfully submitted,

Dated: September 14, 2026

**IREDALE AND YOO, APC**
**JOSEPH C. CRUDO PLC**

*s/ Peter Bibring*
PETER BIBRING

Attorneys for Plaintiff

***Jamel Burt v. Nicolai Ramos, et al.***
**Southern District of California Case No. 24-cv-0662-CAB-VET**

**DECLARATION AND PROOF OF SERVICE**

I, Peter Bibring, hereby declare as follows:

I am over the age of 18 years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 105 West F Street, Fourth Floor, San Diego, California 92101.

On September 14, 2026, I caused the following document(s) to be served:

**Plaintiff's Pretrial Disclosures**

[X ] (By **E-MAIL**) I served each of the above referenced document(s) via e-mail to the following interested party(ies):

Timothy A. Hanna, Senior Deputy
Christopher M. Blaylock, Senior Deputy
Office of County Counsel, San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-4860
Timothy.Hanna@sdcounty.ca.gov
Christopher.Blaylock@sdcounty.ca.gov

*Attorneys for Defendant Nicolai Ramos and the County of San Diego*

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on September 14, 2026.

*/s/ Peter Bibring*
Peter Bibring