Declaration of Service

I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On September 18, 2026, I served the following document(s):

**DEFENDANTS' MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

In the following manner:

☒ **By ECF**, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

Eugene G. Iredale, Esq.
Peter Bibring, Esq.
Sarah Musumeci, Esq.
IREDALE & YOO, APC
105 West F Street, 4th Floor
San Diego, CA 92101
Tel: (619) 233-1525
Fax: (619) 233-3221
Email: egiredale@iredalelaw.com
pbibring@iredalelaw.com
smusumeci@iredalelaw.com
*(Attorney for Plaintiff)*

Joseph C. Crudo, Esq.
JOSEPH C. CRUDO PLC
3990 Old Town Ave., Ste. C101
San Diego, CA 92110
Tel: (858) 622-7280
Fax: (858) 450-9411
Email: joseph@crudoplc.com
*(Attorney for Plaintiff)*

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 18, 2026, at San Diego, California.

By: s/ *Timothy A. Hanna*
E-mail: timothy.hanna@sdcounty.ca.gov