# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEL BURT,<br><br>Plaintiff,<br><br>v.<br><br>NICOLAI RAMOS, in his individual capacity, and COUNTY OF SAN DIEGO,<br><br>Defendants. | CASE NO. 3:24-cv-00662-CAB-VET<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PRETRIAL DISCLOSURES**<br><br>**Fed. R. Civ. P. 26(a)(3)(B)**<br><br>Hon. Cathy Ann Bencivengo<br><br>Final Pretrial Conference: October 16, 2026 at 2:00 PM |

Pursuant to Fed. R. Civ. P. 26(a)(3)(B), Plaintiff Jamel Burt , object to the following evidence listed in defendants' pretrial disclosures (ECF No. 163).

**GROUNDS FOR OBJECTION (Federal Rules of Evidence)**

1. **No Objection; Admissibility Stipulated**
2. **Irrelevant (FRE § 402)**
3. **Hearsay (FRE § 802)**
4. **Unduly Time Consuming, Prejudicial, Confusing, or Misleading (FRE § 403)**
5. **Character Evidence (FRE § 404)**
6. **Inadmissible Opinion (FRE §§ 701 *et seq.*)**
7. **Insufficient Foundation (FRE §§ 402, 602, 901) (Relevancy, Personal Knowledge, Authenticity)**
8. **Subsequent Remedial Measures (FRE § 407)**
9. **Best Evidence (FRE § 1002)**
10. **Other (Specify)**

### A. Exhibits Defendants Expect to Offer at Trial

| No. | Description | Objections |
|---|---|---|
| A | San Diego Sheriff's Department Arrest Report 22156316.1 from Subject Incident (CSD 000030-000040) | 3 |
| B | San Diego Sheriff's Department Arrest Report 22156316.2 from Subject Incident (CSD 000041-000044) | 2 ,3 |
| C | Background Event Chronology, Event No. E8247218 (CSD 000045-000050) | 3 ,4 |
| D | Citation No. 1109409 (CSD 000391) | 3, 4 |
| E | Citation No. 1109410 (CSD 000392) | 3, 4 |

| No. | Description | Objections |
|---|---|---|
| F | CLETS Information from Subject Incident (CSD000393-000402) | 3, 4. 5 |
| G | Rancho San Diego Station Patrol Sergeant's Daily Log December 18, 2022 (CSD 000403-000404) | 3 |
| H | Photographs from Subject Incident (CSD 000405-000482, 000594-000618) | 1 |
| I | San Diego County Sheriff's Office Policy & Procedure Manual, sections 2.49, 6.48, 10.10 and Addendum F. (CSD 000483-000503) | 1 |
| J | San Diego Sherriff's Department Use of Force Supplemental Report (CSD 000504-000506) | 3, 4 |
| K | Radio Audio Records relating to the Subject Incident (CSD 000507) | 3 |
| L | Two (2) body worn camera videos relating to the Subject Incident (CSD 000508-000509) | 1 |
| M | Background Event Chronology, Event No. E8247218 (CSD 000586-000589) | 3, 4 |
| N | Audio, Event no. E8247218 (CSD 000590) | 3 |
| O | Background Event Chronology, Event No. E8247382 (CSD 000591-000592) | 3, 4 |
| P | Audio, Event no. E8247382 (CSD 000583) | 3 |
| Q | 2022 Addendum F (CSD 000619-000636) | 3 |
| R | Qualification Report re Nicolai Ramos (CSD 000637) | 3 |

| No. | Description | Objections |
|---|---|---|
| S | POST Certification Profile re Nicolai Ramos (CSD 000638-000640) | 3 |
| T | LMS Transcripts re Nicolai Ramos (CSD 000648-000682) | 3 |
| U | Training Certificates re Nicolai Ramos (CSD 001458-001460) | 3 |
| V | SDSD Training History (CSD 001994-002059, CSD 002087-002128) | 3 |
| W | Policy 2.48 (CSD 003561) | 3 |
| X | UOF Review Report version 2 (CSD 003562) | 3 |
| Y | Additional Policy (CSD 004068-004074) | 3 |
| Z | Plaintiff Jamel Burt's Bonita Smiles Records | 1 |
| AA | Deposition Transcript of Dep. Jacob Wilder with Exhibits | 3 |
| AB | Deposition Transcript of Ghazal Farhang with Exhibits | 3 |
| AC | Deposition Transcript of Lt. Ashley Lewis with Exhibits | 3 |
| AD | Deposition Transcript of Lt. Lon Nguyen with Exhibits | 3 |
| AE | Deposition Transcript of Dep. Nicolai Ramos with Exhibits | 3 |
| AF | Deposition Transcript of Plaintiff Jamel Burt with Exhibits | 3 |
| AG | Deposition Transcript of Roger Clark with Exhibits | 3 |
| AH | Plaintiff Jamel Burt's Responses and Objections to Defendant County of San Diego's Requests for Production of Documents, Set One | 2, 4 |

| No. | Description | Objections |
|---|---|---|
| AI | Plaintiff Jamel Burt's Responses and Objections to Defendant County of San Diego's Interrogatories, Set One | 2, 4 |
| AJ | Plaintiff Jamel Burt's Responses and Objections to Defendant Dep. Nicolai Ramos' Interrogatories, Set One | 2, 4 |
| AK | Plaintiff Jamel Burt's Responses and Objections to Defendant Det. Michael Alcarion's Interrogatories, Set One | 2, 4 |
| AL | Plaintiff Jamel Burt's Initial Expert Disclosures | 2, 4 |
| AM | Plaintiff Jamel Burt's Supplemental Expert Disclosures | 2, 4 |
| AN | Expert Report of George Georgaklis, D.D.S. | 1 |
| AO | Expert Report of John Stanley | 3 |

**B. Exhibits Defendants Reserve the Right to Offer at Trial.**

| No. | Description | Objections |
|---|---|---|
| AP | Plaintiff Jamel Burt Arrest Records, Booking No. 21132879 (CSD 000001-000011) | 2, 3, 4, 5 |
| AQ | Plaintiff Jamel Burt Arrest Records, Booking No. 22745087 (CSD 000012-000019) | 2, 3, 4, 5 |
| AR | Plaintiff Jamel Burt Arrest Records, Booking No. 24712844 (CSD 000020-000026) | 2, 3, 4, 5 |
| AS | Plaintiff Jamel Burt Arrest Records, Booking No. 212561601 (CSD 000027) | 2, 3, 4, 5 |

| No. | Description | Objections |
|---|---|---|
| AT | Plaintiff Jamel Burt Arrest Records, Booking No. 212561602 (CSD 000028) | 2, 3, 4, 5 |
| AU | Plaintiff Jamel Burt Arrest Records, Booking No. 212561604 (CSD 000029) | 2, 3, 4, 5 |
| AV | San Diego Sheriff Medical Records: Burt, Jamel (CSD 000051-0000390) | 2, 3, 4, 5 |
| AW | San Diego County Sheriff's Department Incarcerated Person History (CSD 000510-000585) | 2, 3, 4, 5 |
| AX | Background Event Chronology, Event No. E8247218 (CSD 000586-000589) | 3 |
| AY | Audio, Event no. E8247218 (CSD 000590) | 3 |
| AZ | Priors PHI Report (CSD 002129) | 1 |
| BA | Broussard Accused Video (CSD 002149) | 1 |
| BB | De La Torre Video (CSD 002150) | 1 |
| BC | Kearney Accused Video (CSD 002151) | 1 |
| BD | Ramos Accused Video (CSD 002152) | 1 |
| BE | S. Jones Video (CSD 002153) | 1 |
| BF | Sergeant Lawson Video (CSD 002154) | 1 |
| BG | Sherman Accused Video (CSD 002155) | 1 |
| BH | Stevens Video (CSD 002156) | 1 |
| BI | Photos (CSD 002157-002171) | 1 |
| BJ | 2017-06-02 CCTV Recording (CSD 002172-002174) | 2, 3, 4, 5 |
| BK | Sheriff's Body-Worn Camera Footage (CSD 003451-003461) | 2, 3, 4, 5 |
| BL | RMS Case No. 20153173 (CSD 003462-003490) | 2, 3, 4, 5 |
| BM | Property and Evidence for 20153173 (CSD 003491-003537) | 2, 3, 4, 5 |

| No. | Description | Objections |
| --- | --- | --- |
| BN | Comms Center E688903 (CSD 003538-003551) | 2, 3, 4, 5 |
| BO | Sheriff's Body-Worn Camera Footage (CSD 003552) | 2, 3, 4, 5 |
| BP | 2018-060.1 Strode E (CSD 003553-003559) | 2, 3, 4, 5 |
| BQ | Academy file re Nicolai Ramos (CSD 003560) | 2, 3, 4, 5 |
| BR | Sheriff's Body-Worn Camera Footage (CSD 003564-004067) | 2, 3, 4, 5 |
| BS | Additional Policy (CSD 004068-004074) | 2, 3, 4, 5 |
| BT | False arrest uploaded (CSD 004075) | 2, 3, 4, 5 |
| BU | Internal Affairs (CSD 004076-006017) | 2, 3, 4, 5 |
| BV | Plaintiff Jamel Burt's U.S. Customs and Border Protection Records | 2, 3, 4, 5 |
| BW | Deposition Transcript of Det. Michael Alcarion with Exhibits | 3 |
| BX | Deposition Transcript of Kyle Bibel with Exhibits | 3 |
| BY | Defendant County of San Diego's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set One | 3 |
| BZ | Defendant County of San Diego's Responses to Plaintiff Jamel Burt's Special Interrogatories, Set One | 3 |
| CA | Defendant County of San Diego's Responses to Plaintiff Jamel Burt's Request for Admission, Set One | 3 |
| CB | Defendant County of San Diego's Responses to | 3 |

| No. | Description | Objections |
|---|---|---|
| | Plaintiff Jamel Burt's Request for Production of Documents, Set Two | |
| CC | Defendant County of San Diego's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Three | 3 |
| CD | Defendant County of San Diego's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Four | 3 |
| CE | Defendant County of San Diego's Supplemental Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set One | 3 |
| CF | Defendant County of San Diego's Second Supplemental Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set One | 3 |
| CG | Defendant County of San Diego's Supplemental Responses to Plaintiff Jamel Burt's Special Interrogatories, Set One | 3 |
| CH | Defendant County of San Diego's Second Supplemental Responses to Plaintiff Jamel Burt's Special Interrogatories, Set One | 3 |
| CI | Defendant County of San Diego's Third Supplemental Responses to Plaintiff Jamel Burt's Special Interrogatories, Set One | 3 |

| No. | Description | Objections |
|---|---|---|
| CJ | Expert Report of Roger Clark | 1 |
| CK | Mom TRO application | 2, 3, 4, 5 |
| CL | Home Depot PC484 arrest report | 2, 3, 4, 5, 10 – Documents not disclosed per Rule 26 |
| CM | BWC from prior 148 | 2, 3, 4, 5, 10 – Documents not disclosed per Rule 26 |
| CN | TRO from recent DV | 2, 3, 4, 5 |

Respectfully submitted,

**IREDALE AND YOO, APC**

Dated: September 28, 2026

s/ Peter Bibring

PETER BIBRING
EUGENE IREDALE
SARAH MUSUMECI
Attorneys for Plaintiff Jamel Burt

**JOSEPH C. CRUDO PLC**

Dated: September 28, 2026

s/ Joseph Crudo

JOSEPH C. CRUDO
Attorney for Plaintiff Jamel Burt