DAMON M. BROWN, County Counsel (SBN 242265)
By: TIMOTHY A. HANNA, Senior Deputy (SBN 310620)
CHRISTOPHER M. BLAYLOCK, Supervising Deputy (SBN 284629)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 904-0151; (619) 531-2469; (619) 531-6005
E-mail: timothy.hanna@sdcounty.ca.gov; christopher.blaylock@sdcounty.ca.gov

Attorneys for Defendant County of San Diego and
Nicolai Ramos

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

JAMEL BURT,

Plaintiff,

v.

NICOLAI RAMOS, in his individual capacity, COUNTY OF SAN DIEGO; MICHAEL ALCARION, in his individual capacity; and DOES 1-5,

Defendants.

No. 24-cv-00662-CAB-VET

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES**

Hon. Cathy A. Bencivengo
Courtroom 15A

Pursuant to Fed. R. Civ. P. 26(a)(3)(B), Defendants object to the following evidence listed in Plaintiff's pretrial disclosures [ECF No. 103]. Pursuant to that Rule, Defendants reserve their right to seek a good cause determination by the Court should Plaintiff challenge the timeliness of these objections.

## I. GROUNDS FOR OBJECTION

**A.** No Objection, Admissibility Stipulated

**B.** Relevance (Fed. R. Evid. 402)

**C.** Hearsay (Fed. R. Evid. 802)

**D.** Undue Consumption of Time, Prejudice, Risk of Confusing or Misleading the Jury (Fed. R. Evid. 403)

**E.** Character Evidence (Fed. R. Evid. 404)

**F.** Inadmissible Opinion (Fed. R. Evid. 701, et seq.)

**G.** Lacks Foundation (Fed. R. Evid. 402, 602, 901)

**H.** Privacy (Fed. R. Evid. 402)

**I.** Best Evidence Rule (Fed. R. Evid. 1002)

**J.** Failure to Disclose or Supplement Discovery Response (Fed. R. Civ. Proc. 37(c)(1))

## II. OBJECTIONS TO PLAINTIFF'S DESIGNATED EXHIBITS

| EXHIBIT NO. | DESCRIPTION | OBJECTION(S) |
|---|---|---|
| 1. | Video of the detention of and use of force on Jamel Burt at issue in this case from the body-worn camera of Dep. Jacob Wilder (CSD000509). | A |
| 2. | Video of the detention of and use of force on Jamel Burt at issue in this case from the body-worn camera of Dep. Nicolai Ramos (CSD000508). | A |
| 3. | Slow-motion excerpt from Dep. Wilder's body-worn camera video. | D, I, J |
| 4. | Photos of Jamel Burt at scene on 12/18/2022 (CSD 000411-000414, CSD0004 77-000482). | A |
| 5. | Photos from scene (CSD000405-000410,CSD000415-000476). | A |
| 6. | San Diego Sheriff's Department Arrest Report 22156316.1 from Subject Incident ( CSD 000030-000040) | A |
| 7. | Arrest report follow-up for subject incident after DA rejection (CSD000040-000044). | B, C, D |
| 8. | San Diego Sheriff's Department Use of Force Supplemental Report (CSD 000504-000506) | A |
| 9. | Citation No. 1109409 (CSD 000391) | A |
| 10. | Citation No. 1109410 (CSD 000392) | A |

| | | |
|---|---|---|
| 11. | "Use of Force Review: Status Report" printout from incident. (CSD003562). | A |
| 12. | Rancho San Diego Station Patrol Sergeant's Daily Log December 18, 2022 (CSD 000403-000404) | A |
| 13. | Background Event Chronology, Event No. E8247218 (CSD 000045-000050) | A |
| 14. | CLETS Information from Subject Incident (CSD 000393-000402) | A |
| 15. | Radio Audio Records relating to the Subject Incident (CSD 000507) | A |
| 16. | Sharp Grossmont Hospital Emergency Documentation Providing Dr. Wycliffe, time of initial contact with patient is 12/18/22 (BURT00007-00010) | C, D |
| 17. | Sharp Grossmont Hospital Medical Records (BURT00001-00074) | C, D |
| 18. | Sheriff Incident Reports Discovery Package - DA 29864, Case #22156316 | B, C, D, J |
| 19. | Scene Photographs: BURT00096-00173 | A |
| 20. | Bonita Smiles Treatment Case Estimate & treatment Statement 1558 East H. Street Suite B, Chula Vista, CA 91913 (BURT00l74, BURT00175) | C, D |
| 21. | Background Event Chronology, Event No. E8247218 (CSD00586-00589). | A |
| 22. | Audio File Event No. E8247218 (CSD000590) | A |
| 23. | Background Event Chronologv, Event No. E8247382 (CSD00591-00592). | C, D |
| 24. | Audio File Event No. E8247382 (CSD000593) | C, D |
| 25. | Expert report of Plaintiffs expert Roger Clark, with exhibits | B, C, D, E, F, G, J |
| 26. | Expert report of Defendants' expert John J. Stanley, with exhibits | A |
| 27. | Defendant COSD's Responses to Plaintiff Jamel Burt's Request for Admission, Set One | B, D |
| 28. | Defendant COSD's Responses to Plaintiff Jamel Burt's Special Interrogatories, Set One | B, D |
| 29. | Defendant COSD's Supplemental Responses to Plaintiff Jamel Burt's Special Interrogatories, Set One | B, D |
| 30. | Defendant COSD's Second Supplemental Responses to | B, D |

| | | |
|---|---|---|
| | Plaintiff Jamel Burt's Special Interrogatories, Set One | |
| 31. | Defendant COSD's Third Supplemental Responses to Plaintiff Jamel Burt's Special Interrogatories, Set One | B, D |
| 32. | Defendant COSD's Responses to Plaintiff Jamel Burt's Special Interrogatories, Set Two | B, D |
| 33. | Defendant COSD's Supplemental Responses to Plaintiff Jamel Burt's Special Interrogatories, Set Two | B, D |
| 34. | Defendant COSD's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set One | B, D |
| 35. | Defendant COSD's First Supplemental Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set One | B, D |
| 36. | Defendant COSD' s Second Supplemental Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set One | B, D |
| 37. | Defendant COSD's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Two | B, D |
| 38. | Defendant COSD's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Three | B, D |
| 39. | Defendant COSD's Supplemental Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Three | B, D |
| 40. | Defendant COSD's Second Supplemental Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Three | B, D |
| 41. | Defendant County of San Diego's Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Four | B, D |
| 42. | Defendant County of San Diego's Supplemental Responses to Plaintiff Jamel Burt's Request for Production of Documents, Set Four | B, D |
| 43. | San Diego County Sheriff's Department Policies on use of force (CSD 00483-00503) | A |
| 44. | San Diego County Sheriffs Department Policies, including Policy 2.48 (Use of Force), 6.48 (Physical Force), 10.10 (Minimum Training Standards and Requirements for Use of Force Policy.) (CSD 00483-00485) | A |

| | | |
|---|---|---|
| 45. | San Diego County Sheriff's Department Policies, including Addendum F (Use of Force). (CSD 000486-00503) | A |
| 46. | San Diego County Sheriffs Office Policy & Procedure Manual, Addendum F (2022) (CSD000619 CSD000636) | A |
| 47. | SDSD Policy 2.48 (CSD003561) | A |
| 48. | Jail CCTV video of Strode incident from IA file (CSD002172). | B, D, E |
| 49. | Strode IA Investigatory file (CSD001995-002059). | B, C, D, E |
| 50. | San Diego Sheriffs Department disciplinary file related to Defendant Nicolai Ramos and his take down of Joshua Strode on June 2, 2017 (CSD005795-005828, plus audio file CSD0005829). | B, C, D, E, H |
| 51. | The San Diego State University Police Department Reports referred to as Exhibit E of the San Diego Sheriffs Department Internal Affairs Unit Report in case no. 2018-060.1. (See CSD001999) | B, C, D, E |
| 52. | Report by San Diego State University Police Department Officer Carrie Hogan related to the incident involving Joshua Strode on June 2, 2017 (Bates No. CSD003553- CSD003559). | B, C, D, E |
| 53. | Video footage from the body-worn camera of San Diego State University Police Department Officer Carrie Hogan related to the incident involving Dep. Ramos and Joshua Strode on June 2, 2017, Bates No. CSD003552. | B, D, E |
| 54. | "Priors" (SDCSO IA Record Management screen printout re Ramos for Strode incident)(CSD0002129). | B, D, E, H |
| 55. | A complete unexpurgated copy, including the subjects or tests failed of the Memorandum of March 13, 2015, to Recruit Nicolai Ramos #10254. (See CSD00 1927). | B, D, E, H |
| 56. | Dep. Ramos POST Profile(training history) (CSD000638-000640). | B, D, E, H |
| 57. | Notice to Def. Ramos re failing radio quiz dated 3/13/2015 (CSD0003561) | B, D, E, H |
| 58. | Def Ramos Personnel File (CSD000 1475-001884) | B, D, E, H |
| 59. | LMS Training Transcripts Def. Ramos (CSD000648-682) | B, D, E, H |

| | | |
|---|---|---|
| 60. | SDSD Ramos Training History (CSD001994-1995) | B, D, E, H |
| 61. | SDSD Ramos Archived TMS Training History (CSD001993) | B, D, E, H |
| 62. | "San Diego Sheriffs Department Internal Affairs Manual" (Nguyen Depo., Exh. 5). | B, D |
| 63. | SCDSO Use of Force Statistical Report 2017-2018 (Lewis Depo., Exh. 4) | B, D |
| 64. | SCDSO Internal Affairs Statistical Report 2017-2018 (Lewis Depo., Exh. 5) | B, D |
| 65. | SCDSO Use of Force Statistical Report 2018-2019 (Lewis Depo., Exh 7) | B, D |
| 66. | SCDSO Internal Affairs Statistical Report 2018-2019 (CSD004106-4115) | B, D |
| 67. | SCDSO Use of Force Statistical Report 2019-2020 (Lewis Depo., Exh 6) | B, D |
| 68. | SCDSO Internal Affairs Statistical Report 2019-2020 | B, D |
| 69. | SCDSO Use of Force Statistical Report 2020-2021 (CSD004136-004146). | B, D |
| 70. | SCDSO Internal Affairs Statistical Report 2020-2021 (CSD004126-004135). | B, D |
| 71. | SCDSO Use of Force Statistical Report 2021-2022 (CSD004147-004157). | B, D |
| 72. | SCDSO Internal Affairs Statistical Report 2021-2022 (CSD004126-004135) | B, D |
| 73. | SCDSO Use of Force Statistical Report 2022-2023 (CSD004158-71 ). | B, D |
| 74. | SCDSO Internal Affairs Statistical Report 2022-2023 (CSD004158-004171). | B, D |
| 75. | CSD 005526-005534, 005555-005794: Use of Force Training Materials | B, D |
| 76. | San Diego County Public Records Act Request No, 24-1543 and responses (including spreadsheet) (https://pra.sandiegocounty.gov/requests/24-1543) | B, C, D, G, J |
| 77. | Complaint in *Bell v. Cty. of San Diego,* No. 14-CV-1767-H **(**MDD**)** (County's Request for Judicial Notice, Dkt. 80-2 ("County RJN"), Exh. 1.) | B, C, D |
| 78. | Complaint in *Fisher v. County of San Diego,* No. 09cv2572 JM(BGS), (County RJN, Exh. 2) | B, C, D |
| 79. | Complaint in *Jimenez v. County of San Diego,* No. 15-CV-02299-L-JLB (County RJN, Exh. 10) | B, C, D |

| | | |
|---|---|---|
| 80. | Complaint in *Martinez v. County of San Diego,* 20-CV-860 BEN KSC (County RJN, Exh. 9) | B, C, D |
| 81. | Complaint in *Myles v. County of San Diego,* 15-CV-1985-BEN (BLM) (County RJN, Exh. 11) | B, C, D |
| 82. | Judgment in the case of *Mickail Myles v. County of San Diego, et al,* Case No. 15-cv-01985-JAH-BLM (S.D. Cal.).(See Dkt. 94-1,Exh. V) | B, C, D |
| 83. | Online article, Dorian Hargrove, Jenny Day, *Jury awards $5M to man beaten by San Diego Sheriffs Deputies and attacked by K-9 in 2014,* CBS 8 News (Oct. 11, 2022), https://www.cbs8.com/article/news/local/juryawards-5-million-manbeaten-by-san-diegosheriffs-deputies/509-7f4f81af-eff7-4c8f-b8d8-0a698117e9ec | B, C, D, G, J |
| 84. | *Steinmeier v. County ofSan Diego,* No. 18-CV-1603 JM (WVG) (County RJN, Exh. 6) | B, C, D |
| 85. | Complaint filed in the case of *Miguel Villa v. County of San Diego, et al,* Southern District of California Case No. 20-cv-00537-CAB-NLS. (See Dkt. 94-1, Exh. W) | B, C, D |
| 86. | Decision in *K.J.P. v. Cnty. of San Diego,* 621 F. Supp. 3d 1097, 1113 (S.D. Cal. 2022) | B, C, D |
| 87. | Article: Josh Campbell, Elizabeth Joseph, *Federal jury awards $85 million to California family in wrongful death lawsuit after arrest,* CNN (Mar. 19, 2022), https://www.cnn.com/2022/03/19/us/san-diegoluckYJ2hounsy-wrongfuldeath-lawsuit | B, C, D, G, J |
| 88. | First Amended Complaint in *Carr v. County of San Diego,* 19-CV-1139 JLS (MDD) (County RJN, Exh. 8) | B, C, D |
| 89. | Complaint in *Marcial Torres v. County of San Diego,* No. 15-CV-0 1151-CABBLM (S.D. Cal. 2015) (County RJN, Exh. 3) | B, C, D |
| 90. | First Amended Complaint in *Silva v. County of San Diego,* 18-CV-02282-LMSB (S.D. Cal.) (County RJN, Exh. 5) | B, C, D |
| 91. | Los Angeles Police Department, *2023 Use of Force Year-End Review,* https://www.lapdpolicecom.lacity.org/042324/BPC_24-074.pdf | B, C, D, G, J |
| 92. | City of Sacramento, Office of Public Safety Accountability, Quarterly and Annual Reports, years | B, C, D, G, J |

| | | |
|---|---|---|
| | 2020 to 2022,(https://www.cityofsacramento.lmv/onsa/reports-) | |
| 93. | Press Release, *APD Use of Force within policy 95% of the time,* Albuquerque Police Department (Mar. 1, 2023), at https://www.cabg.gov/police/news/adp-use-of-force-within-policy-95-of-the-time | B, C, D, G, J |
| 94. | Disciplinary files in use of force cases. (CSD005830-006017). | B, C, D, E, H |
| 95. | Training: Warrantless Threshold Arrests (CSD005526) | B, D |
| 96. | Training: Laws and Current Mandates (CSD005527) | B, D |
| 97. | Training: Engagement Communication & Delirium (CSD005528) | B, D |
| 98. | Training: 25-26 UOF Powerpoint (CSD005529) | B, D |
| 99. | Training: Core Concepts Of De-Escalation (CSD005530) | B, D |
| 100. | Training: CPT 2021-2022 UOF Powerpoint (CSD005531) | B, D |
| 101. | Training: Relationship Between Mental Health And Officer Safety (CSD005532) | B, D |
| 102. | Training: UOF and Deescalation (CSD005533) | B, D |
| 103. | Training: UOF CPT Passdown (CSD005534) | B, D |
| 104. | IA Manual September 2020 (CSD005535-CSD005554) | B, D |
| 105. | Training: Leaming Domain 20 V-3.0[2] (CSD005555-CSD005672) | B, D |
| 106. | Training: Leaming Domain 20 V-5.4 (CSD005673-CSD005794) | B, D |

DATED: September 29, 2026 DAMON M. BROWN, County Counsel

By: */s/ Timothy A. Hanna*

TIMOTHY A. HANNA, Senior Deputy
CHRISTOPHER M. BLAYLOCK, Supervising Deputy, Attorneys for Defendant County of San Diego and Nicolai Ramos