DAMON M. BROWN, County Counsel (SBN 242265)
By: TIMOTHY A. HANNA, Senior Deputy (SBN 310620)
CHRISTOPHER M. BLAYLOCK, Supervising Deputy (SBN 284629)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 904-0151; (619) 531-2469; (619) 531-6005
E-mail: timothy.hanna@sdcounty.ca.gov; christopher.blaylock@sdcounty.ca.gov

Attorneys for Defendant County of San Diego and
Nicolai Ramos

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

JAMEL BURT,

Plaintiff,

v.

NICOLAI RAMOS, in his individual capacity, COUNTY OF SAN DIEGO; MICHAEL ALCARION, in his individual capacity; and DOES 1-5,

Defendants.

No. 24-cv-00662-CAB-VET

**EX PARTE APPLICATION TO ALLOW PUBLIC EMPLOYEE NICOLAI RAMOS TO APPEAR SOLELY THROUGH DEFENSE COUNSEL AT THE OCTOBER 5, 2026 SETTLEMENT CONFERENCE**

**[ECF No. 105]**

District Judge: Hon. Cathy A. Bencivengo
Magistrate Judge: Hon. Valerie E. Torres
Courtroom 15A

Defendants County of San Diego and Nicolai Ramos (collectively "County Defendants") moves the Court to excuse public employee Defendant Nicolai Ramos from personally appearing at the October 5, 2026 Settlement Conference in this action.

Pursuant to the Court's September 24, 2026 Order [ECF No. 105], all Parties, including Nicolai Ramos, are required to attend this in-person settlement conference. Pursuant to this order, "[t]he parties SHALL adhere to the same procedures governing the Mandatory Settlement Conference", which requires:

///

> [A]ll parties, party representatives, including claims adjusters for insured parties, and the principal attorney(s) responsible for the litigation must participate. This appearance must be made with full and complete authority to negotiate and enter into a binding settlement. Counsel for a government entity is excused from this requirement if the government attorney who participates in the [Settlement Conference] (i) has primary responsibility for handling the case, and (ii) may negotiate settlement offers that the attorney is willing to recommend to the government official having ultimate settlement authority.

(Order Granting Joint Motion to Reschedule November 7, 2025, Foll-On Discovery Conference and Amend Scheduling Order [ECF Nos. 59], p. 3, internal footnotes omitted.)

At the scheduled date and time of this Settlement Conference, Defendant Deputy Nicolai Ramos will be engaged in mandatory training related to his promotion to the rank of detective. (Declaration of Nicolai Ramos ("Ramos Decl."), ¶ 2.) Specifically, Deputy Ramos will be attending the Basic Investigative Course at the same time this Settlement Conference has been scheduled. (*Ibid*.) He will be training for this role full time, 7am to 5pm, from September 28, 2026, to October 9, 2026. (*Id.* at ¶ 3.)

This course is mandatory for all Deputies promoted to Detective. Ordinarily, newly assigned detective are required to take this course within a year of their assignment. However, Deputy Ramos had to wait thirteen (13) months for an available position in this course as all previous iterations of the course have been fully booked since his promotion.

Missing this course would be a hardship for Deputy Ramos because his attendance is required to pass the course and there are no makeup classes available. It is unclear when another spot in the course will be available if he is required to retake the course due to his absence for this mandatory settlement conference.

Deputy Ramos' absence will not prejudice these proceedings as he has <u>no</u> independent authority to negotiate, recommend and/or enter into settlements in this case. (Declaration of Timothy A. Hanna ("Hanna Decl."), ¶ 2.) Payment of any settlement would be the obligation of his public entity employer and Deputy Ramos would not be required to contribute to settlement. (*Id.* at ¶ 3.) Defense Counsel will be fully authorized to "negotiate settlement offers that the attorney is willing to recommend to the government

official having ultimate settlement authority" on behalf of the County and Deputy Ramos, even in his absence. (*Id.* at ¶ 4.)

Counsel for Plaintiff are not opposed to this request for excusal of Deputy Ramos at the upcoming Settlement Conference. (Hanna Decl., ¶ 5.)

DATED: September 30, 2026 DAMON M. BROWN, County Counsel

By: *<u>/s/ Timothy A. Hanna</u>*
TIMOTHY A. HANNA, Senior Deputy
CHRISTOPHER M. BLAYLOCK, Senior Deputy
Attorneys for Defendant County of San Diego and Nicolai Ramos