DAMON M. BROWN, County Counsel (SBN 242265)
By: TIMOTHY A. HANNA, Senior Deputy (SBN 310620)
CHRISTOPHER M. BLAYLOCK, Supervising Deputy (SBN 284629)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 904-0151; (619) 531-2469; (619) 531-6005
E-mail: timothy.hanna@sdcounty.ca.gov; christopher.blaylock@sdcounty.ca.gov

Attorneys for Defendant County of San Diego and
Nicolai Ramos

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMEL BURT,<br><br>Plaintiff,<br><br>v.<br><br>NICOLAI RAMOS, in his individual capacity, COUNTY OF SAN DIEGO; MICHAEL ALCARION, in his individual capacity; and DOES 1-5,<br><br>Defendants. | No. 24-cv-00662-CAB-VET<br><br>**DECLARATION OF NICOLAI RAMOS IN SUPPORT OF EX PARTE APPLICATION TO ALLOW PUBLIC EMPLOYEE NICOLAI RAMOS TO APPEAR SOLELY THROUGH DEFENSE COUNSEL AT THE OCTOBER 5, 2026 SETTLEMENT CONFERENCE**<br><br>**[ECF No. 105]**<br><br>District Judge: Hon. Cathy A. Bencivengo<br>Magistrate Judge: Hon. Valerie E. Torres<br>Courtroom 15A |

I, NICOLAI RAMOS, declare:

1. I am a Deputy with the San Diego County Sheriff's Department for the County of San Diego and a named Defendant in the above-captioned action. I am familiar with the facts of this case and, if called upon, could and would testify to the facts set forth below based on my personal knowledge.

2. On the morning of October 5, 2026, I will be engaged in training related to my promotion to the rank of detective. Specifically, I will be attending a mandatory training entitled the "Basic Investigative Course" at the same time this Settlement Conference has been scheduled.

3. The Basic Investigative Course is from September 28, 2026 to October 9, 2026, from 7am to 5pm.

4. This course is mandatory training for those assigned to the rank of Detective. New Detectives are required to take the course within a year of their assignment. At present, I have been assigned as a Detective for thirteen (13) months. However, I have been unable to take the course before this date because it has been overbooked. There are no makeup classes available for this course.

I declare under penalty of perjury under the laws of these United States that the foregoing is true and correct. Executed this 29th of September 2026, at San Diego, California.

NICOLAI RAMOS