DAMON M. BROWN, County Counsel (SBN 242265)
By: TIMOTHY A. HANNA, Senior Deputy (SBN 310620)
CHRISTOPHER M. BLAYLOCK, Supervising Deputy (SBN 284629)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 904-0151; (619) 531-2469; (619) 531-6005
E-mail: timothy.hanna@sdcounty.ca.gov; christopher.blaylock@sdcounty.ca.gov

Attorneys for Defendant County of San Diego and
Nicolai Ramos

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

JAMEL BURT,

Plaintiff,

v.

NICOLAI RAMOS, in his individual capacity, COUNTY OF SAN DIEGO; MICHAEL ALCARION, in his individual capacity; and DOES 1-5,

Defendants.

No. 24-cv-00662-CAB-VET

**DECLARATION OF TIMOTHY A. HANNA IN SUPPORT OF EX PARTE APPLICATION TO ALLOW PUBLIC EMPLOYEE NICOLAI RAMOS TO APPEAR SOLELY THROUGH DEFENSE COUNSEL AT THE OCTOBER 5, 2026 SETTLEMENT CONFERENCE**

**[ECF No. 105]**

District Judge: Hon. Cathy A. Bencivengo
Magistrate Judge: Hon. Valerie E. Torres
Courtroom 15A

I, TIMOTHY A. HANNA, declare:

1. I am a Senior Deputy with the Office of County Counsel for the County of San Diego and counsel of record for Defendants County of San Diego and Nicolai Ramos. I am familiar with the facts of this case and, if called upon, could and would testify to the facts set forth below based on my personal knowledge.

///

2. Defendant Deputy Nicolai Ramos has no independent authority to negotiate, recommend and/or enter into settlements in this case.

3. Payment of any settlement would be the obligation of the County of San Diego. Deputy Ramos would not be required to contribute to settlement.

4. At the 10.05.26 Settlement Conference, I will appear with full authority to negotiate settlement offers on behalf of the County and Deputy Ramos that the Office of County Counsel is willing to recommend to the Board of Supervisors, the government agent(s) with ultimate settlement authority.

5. On September 29, 2026, Plaintiff's counsel confirmed via email correspondence that Plaintiff is not opposed to this request.

I declare under penalty of perjury under the laws of these United States that the foregoing is true and correct. Executed this 30th of September 2026, at San Diego, California.

TIMOTHY A. HANNA