Declaration of Service

I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On September 30, 2026, I served the following document(s):

- EX PARTE APPLICATION TO ALLOW PUBLIC EMPLOYEE NICOLAI RAMOS TO APPEAR SOLELY THROUGH DEFENSE COUNSEL AT THE OCTOBER 5, 2026 SETTLEMENT CONFERENCE
- DECLARATION OF NICOLAI RAMOS IN SUPPORT OF EX PARTE APPLICATION TO ALLOW PUBLIC EMPLOYEE NICOLAI RAMOS TO APPEAR SOLELY THROUGH DEFENSE COUNSEL AT THE OCTOBER 5, 2026 SETTLEMENT CONFERENCE
- DECLARATION OF TIMOTHY A. HANNA IN SUPPORT OF EX PARTE APPLICATION TO ALLOW PUBLIC EMPLOYEE NICOLAI RAMOS TO APPEAR SOLELY THROUGH DEFENSE COUNSEL AT THE OCTOBER 5, 2026 SETTLEMENT CONFERENCE

In the following manner:

☒ **By ECF**, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

Eugene G. Iredale, Esq.
Peter Bibring, Esq.
Sarah Musumeci, Esq.
IREDALE & YOO, APC
105 West F Street, 4th Floor
San Diego, CA 92101
Tel: (619) 233-1525
Fax: (619) 233-3221
Email: egiredale@iredalelaw.com
pbibring@iredalelaw.com
smusumeci@iredalelaw.com
*(Attorney for Plaintiff)*

Joseph C. Crudo, Esq.
JOSEPH C. CRUDO PLC
3990 Old Town Ave., Ste. C101
San Diego, CA 92110
Tel: (858) 622-7280
Fax: (858) 450-9411
Email: joseph@crudoplc.com
*(Attorney for Plaintiff)*

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2026, at San Diego, California.

By: s/ *Timothy A. Hanna*
E-mail: timothy.hanna@sdcounty.ca.gov