EUGENE G. IREDALE: SBN 75292
PETER BIBRING: SBN 223981
SARAH MUSUMECI: SBN 328306
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
TEL: (619) 233-1525
FAX: (619) 233-3221
Attorneys for Plaintiffs

JOSEPH C. CRUDO: SBN 263993
JOSEPH C. CRUDO PLC
3990 Old Town Avenue, Ste. C101
San Diego, CA 92110
Telephone: (858) 622-7280
Fax: (858) 450-9411
Email: joseph@crudoplc.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMEL BURT,<br><br>Plaintiff,<br><br>v.<br><br>NICOLAI RAMOS, in his individual capacity; COUNTY OF SAN DIEGO;<br><br>Defendants. | CASE NO. 24-CV-0662-CAB-VET<br><br>**PLAINTIFF'S CONDITIONAL OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 3 TO EXCLUDE EVIDENCE OF DENTAL TREATMENT NOT PRODUCED IN DISCOVERY**<br><br>Hon. Cathy Ann Bencivengo<br><br>Final Pretrial Conf.: October 16, 2026 at 2:00 PM<br><br>Trial: November 16, 2026 at 8:45 AM |

Plaintiff does not intend to offer at trial any evidence of dental treatment beyond the dental records produced with his Initial Disclosures and as a supplement to those disclosures (*See* Dkt. 108-1, Hanna Dec., Exh. A at Burt 00174-75) and the testimony of his treating dentist, Dr. Ghazal Farhang, about the treatment she provided to Plaintiff and the records and information she reviewed in the course of that treatment. To the extent Defendant's motion seeks only to exclude records or evidence of treatment that was not produced or disclosed in discovery, Plaintiff does not oppose that motion.

Plaintiff does, however, oppose the motion to the extent it seeks to limit in any way either (a) the admission of records Plaintiff did produce or (b) Dr. Farhang's testimony about the treatment she rendered and the materials she reviewed, subjects which were fully available to Defendants when they deposed her on May 14, 2026. Defendants had every opportunity to question Dr. Farhang about those subjects at that time. Because nothing about this evidence was withheld, Defendants can claim no surprise or prejudice, and there is no basis to exclude or restrict it. Plaintiff therefore requests that the Court deny the motion to the extent it reaches records that were produced or Dr. Farhang's testimony on her own treatment and review and limit any order granting Defendants' motion *in limine* to evidence not produced in discovery.

Respectfully submitted,

Dated: October 5, 2026

**IREDALE AND YOO, APC**

*s/ Eugene Iredale*

EUGENE IREDALE
PETER BIBRING
SARAH MUSUMECI
Attorney for Plaintiffs