DAMON M. BROWN, County Counsel (SBN 242265)
By: TIMOTHY A. HANNA, Senior Deputy (SBN 310620)
CHRISTOPHER M. BLAYLOCK, Supervising Deputy (SBN 284629)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 904-0151; (619) 531-2469; (619) 531-6005
E-mail: timothy.hanna@sdcounty.ca.gov; christopher.blaylock@sdcounty.ca.gov

Attorneys for Defendants County of San Diego and
Nicolai Ramos

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

JAMEL BURT,

Plaintiff,

v.

NICOLAI RAMOS, in his individual capacity, COUNTY OF SAN DIEGO; and DOES 1-5,

Defendants.

No. 24-cv-00662-CAB-VET

**NOTICE OF LODGMENT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF OTHER ARRESTS, CONTACTS WITH LAW ENFORCEMENT, AND PRIOR ACTS**

Hearing Date: July 27, 2026
District Judge: Hon. Cathy A. Bencivengo
Courtroom: 15A

PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT

Defendants' lodge the following exhibits in support of their Opposition to Plaintiff's Motion In limine:

1. Attached hereto as **EXHIBIT 1** is a copy of the Plaintiff's CLETS.

2. Attached hereto as **EXHIBIT 2** is a copy of U.S. Border Patrol Records.

3. Attached hereto as **EXHIBIT 3** is a copy of Excerpted pages from the Transcript of Plaintiffs videotaped Deposition taken on 10/8/2025.

DATED: October 5, 2026

DAMON M. BROWN, County Counsel

By: *s/Timothy A. Hanna*
TIMOTHY A. HANNA. Senior Deputy Attorney
CHRISTOPHER BLAYLOCK, Supervising Deputy Attorney, Attorneys for Defendants County of San Diego and Nicolai Ramos

# EXHIBIT 1

```
Message #: 99234088
From: SYSTEM @ CLETS  12.18.22 16:52:08
To  : SH0241 @ 100294046
* * * FOR USER 60px * * *
4AVTV806FA1.IH

RE: QHY.CA0370005.10241293.SH0241      DATE:20221218 TIME:16:52:07
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:SH0241 22156316

************************************************************************
DO NOT COLLECT DNA. DNA SAMPLE HAS BEEN RECEIVED,
TYPED, AND UPLOADED INTO THE CAL-DNA DATA BANK.
FOR INFO (510) 620-3300 OR PC296.PC296@DOJ.CA.GOV.
************************************************************************
** PALM PRINTS AVAILABLE AT DOJ FOR PALM PRINTS CONTACT
PALM.PRINT@DOJ.CA.GOV
III CALIFORNIA ONLY SOURCE RECORD
CII/A10241293
DOB/19731029    SEX/M  RAC/BLACK
HGT/510  WGT/220  EYE/BRO  HAI/BLK  POB/CA
NAM/01 BURT,JAMEL MITCHELL
   02 JACKSON,JERRY
   03 BURT,JAMES MITCHELL
   04 BURT,JAMEL

FBI/14823VA1
CDL/A5065014
SOC/571279502
INN/CDC-J016960
SMT/TAT R ARM
MDS/CTZ-XX
OCC/WELDER
* * * *

ARR/DET/CITE:          NAM:01  DOB:19731029
19921028  CASO SAN DIEGO

CNT:01     #92-179441A
 11550(A) HS-USE/UNDER INFL CONTRLD SUBSTANCE
- - - -
COURT:                 NAM:01
19930923  CAMC EL CAJON

CNT:01     #C137945
 11379(A) HS-TRANSPORT/ETC CNTL SUB
DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE
* * * *

ARR/DET/CITE:          NAM:01  DOB:19731029
19930223  CASO SAN DIEGO

CNT:01     #93113609A
 11550(A) HS-USE/UNDER INFL CONTRLD SUBSTANCE
- - - -
COURT:                 NAM:01
19930923  CAMC EL CAJON

CNT:01     #C140650
 11550(A) HS-USE/UNDER INFL CONTRLD SUBSTANCE
DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE
  COM: DCN-A104788037960002801

20220722
```

DISPO:ARREST RELIEF GRANTED PER 851.93 PC
* * * *

ARR/DET/CITE: NAM:01 DOB:19731029
19930730 CASO SAN DIEGO

CNT:01 #93-154675A
10851 VC-TAKE VEH W/O OWN CONSENT/VEH THEFT
ARR BY:CAPD SAN DIEGO
* * * *

ARR/DET/CITE: NAM:02 DOB:19731029
19930818 CASO SAN DIEGO

CNT:01 #93-159425A
459 PC-BURGLARY:FIRST DEGREE
ARR BY:CAPD SAN DIEGO
- - - -
COURT: NAM:02
19930830 CAMC SAN DIEGO

CNT:01 #F158994
10851(A) VC-TAKE VEH W/O OWN CONSENT/VEH THEFT
DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE

CNT:02
496(A) PC-RECEIVE/ETC KNOWN STOLEN PROPERTY
DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE
- - - -
COURT: NAM:02
19930928 CASC SAN DIEGO

CNT:01 #CR141350
459 PC-BURGLARY:FIRST DEGREE
*DISPO:CONVICTED
CONV STATUS:FELONY
SEN: 3 YEARS PROBATION,270 DAYS JAIL,
FINE,RESTN

19950105
DISPO:PROBATION REVOKED
SEN: 4 YEARS PRISON
* * * *

ARR/DET/CITE: NAM:02 DOB:19731029
19930912 CASO SAN DIEGO

CNT:01 #93 159425B
10851(A) VC-TAKE VEH W/O OWN CONSENT/VEH THEFT

CNT:02
496(A) PC-RECEIVE/ETC KNOWN STOLEN PROPERTY
- - - -
COURT: NAM:02
19930923 CAMC EL CAJON

CNT:01 #CF146103
496(A) PC-RECEIVE/ETC KNOWN STOLEN PROPERTY
DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE

CNT:02
148 PC-OBSTRUCTS/RESISTS PUBLIC OFFICER
DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE
- - - -
COURT: NAM:02

```
19931022  CASC SAN DIEGO

CNT:01      #ECR8151
 10851(A) VC-TAKE VEH W/O OWN CONSENT/VEH THEFT
*DISPO:CONVICTED
  CONV STATUS:FELONY
  SEN: 3 YEARS PROBATION,61 DAYS JAIL,
       FINE,RESTN

DISPO:PROBATION REVOKED
  COM: 2 YRS PRISON,CONC W-ECR9273
* * * *

ARR/DET/CITE:        NAM:01  DOB:19731029
19940404  CASO SAN DIEGO

CNT:01      #94 124714A
 459 PC-BURGLARY:FIRST DEGREE

CNT:02
 10851 VC-TAKE VEH W/O OWN CONSENT/VEH THEFT

CNT:03
 2800.2 VC-EVADE PEACE OFFICER:DISREGARD SAFETY

CNT:04
 496(A) PC-RECEIVE/ETC KNOWN STOLEN PROPERTY

CNT:05
 148 PC-OBSTRUCTS/RESISTS PUBLIC OFFICER
- - - -
COURT:               NAM:01
19940415  CAMC EL CAJON

CNT:01      #CF151459
 148(A) PC-OBSTRUCTS/RESISTS PUBLIC OFFICER/ETC
DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE

CNT:02
 496(A) PC-RECEIVE/ETC KNOWN STOLEN PROPERTY
DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE

CNT:03
 2800.2 VC-EVADE PEACE OFFICER:DISREGARD SAFETY
DISPO:DISMISSED/FOJ/PLEA TO OTHER CHARGE
- - - -
COURT:               NAM:01
19940415  CASC SAN DIEGO

CNT:01      #ECR9273
 459 PC-BURGLARY
*DISPO:CONVICTED
  CONV STATUS:FELONY

CNT:02
 10851(A) VC-TAKE VEH W/O OWN CONSENT/VEH THEFT
*DISPO:CONVICTED
  CONV STATUS:FELONY
  SEN: 2 YEARS PRISON,CONCURRENT
* * * *

CUSTODY:CDC          NAM:01
19940428  CASD CORRECTIONS

CNT:01      #J16960
```

```
  -PROBATION REVO
 10851(A) VC-TAKE VEH W/O OWN CONSENT/VEH THEFT

CNT:02
 459 PC-BURGLARY:FIRST DEGREE

CNT:03
 10851(A) VC-TAKE VEH W/O OWN CONSENT/VEH THEFT
  SEN: 2 YEARS PRISON
  COM: CTN ECR8151, ECR9273
  COM: CCN-6057D021424
* * * *

ARR/DET/CITE:          NAM:01
19950125  CASD CORR CORCORAN

CNT:01     #J-16960
  -IN PRISON ARR
 4501 PC-ASSAULT BY PRISONER
19950605
DISPO:PROS REJ-INTEREST OF JUSTICE
* * * *

ARR/DET/CITE:          NAM:03  DOB:19731029
19970920  CASO SAN DIEGO

CNT:01     #97165280A
 243(D) PC-BATTERY WITH SERIOUS BODILY INJURY
19980225
DISPO:PROS REJ-LACK OF SUFFICIENT EVIDENCE
  ARR BY:CAHP SAN DIEGO AREA
  COM: DCN-T1010190419837000017
- - - -
COURT:                 NAM:03
19980413  CAMC EL CAJON

CNT:01     #C185691
 242 PC-BATTERY
*DISPO:CONVICTED
  CONV STATUS:MISDEMEANOR
  SEN: 180 DAYS JAIL,CONCURRENT
* * * *

CUSTODY:CDC            NAM:01
19971002  CASD CORRECTIONS

CNT:01     #J16960
 VIOLATION OF PAROLE
  -TO FINISH  TERM
* * * *

ARR/DET/CITE:          NAM:04  DOB:19731029
19990711  CASO SAN DIEGO

CNT:01     #99149251A
 11359 HS-POSSESS MARIJUANA FOR SALE
  ARR BY:CAHP SAN DIEGO
  COM: SCN-00192711075

20220722
DISPO:ARREST RELIEF GRANTED PER 851.93 PC
* * * *

CUSTODY:CDC            NAM:01
19990720  CASD CORRECTIONS
```

```
CNT:01      #J16960
 VIOLATION OF PAROLE
  -TO FINISH  TERM
* * * *

CUSTODY:CDC              NAM:01
19991021  CASD CORRECTIONS

CNT:01      #J16960
 VIOLATION OF PAROLE

CNT:02
 11359 HS-POSSESS MARIJUANA FOR SALE
  -W/PR FEL CONV
  SEN FROM: SAN DIEGO CO  CRT #SCE199869
  SEN: 32 MONTHS PRISON
* * * *

ARR/DET/CITE:            NAM:04  DOB:19731029
20020610  CASO SAN DIEGO

CNT:01      #2125616A
 496(D) PC-ATTEMPT TO COMMIT 496 PC:STOLEN PROP

CNT:02
 496(A) PC-RECEIVE/ETC KNOWN STOLEN PROPERTY
  COM: PHOTO AVAILABLE
  COM: SCN-70621610115
- - - -
COURT:                   NAM:04
20040712  CASC SAN DIEGO

CNT:01      #SCD167920
 10851(A) VC-TAKE VEH W/O OWN CONSENT/VEH THEFT
  -W/PR FEL CONV
*DISPO:CONVICTED
  CONV STATUS:FELONY

CNT:02
 10801 VC-OWN/ETC CHOP SHOP
*DISPO:CONVICTED
  CONV STATUS:FELONY
  SEN: 2 YEARS PRISON,CONSECUTIVE

CNT:03-05
 POSSESS STOLEN VEHICLE/VESSEL/ETC
  -W/PR FEL CONV
*DISPO:CONVICTED
  CONV STATUS:FELONY
  COM: :CHRG-496D PC

CNT:06
 496(A) PC-RECEIVE/ETC KNOWN STOLEN PROPERTY
*DISPO:CONVICTED
  CONV STATUS:FELONY
  SEN: 16 MONTHS PRISON,CONSECUTIVE

CNT:07
 459 PC-BURGLARY:SECOND DEGREE
*DISPO:CONVICTED
  CONV STATUS:FELONY
  SEN: 4 YEARS PRISON,RESTN,
       CONSECUTIVE
* * * *
```

ARR/DET/CITE: NAM:01 DOB:19731029
20020611 CASO SAN DIEGO

CNT:01 #2125616B-M853752
16028(C) VC-NO PROOF FINANCIAL RESP:ACCIDENT

CNT:02
14601.2(A) VC-DRIVE:LIC SUSP/ETC:DUI:SPEC VIOL

CNT:03
853.7 PC-FAIL TO APPEAR AFTER WRITTEN PROMISE
COM: PHOTO AVAILABLE
COM: ADR-061102 ( , UNKNOWN-NONE, , , TRANSEINT, CA, , )
COM: SCN-71421650002
* * * *

ARR/DET/CITE: NAM:01 DOB:19731029
20020815 CASO SAN DIEGO

CNT:01 #2125616D-CD169325
459 PC-BURGLARY
ARR BY:CAPD SAN DIEGO
COM: PHOTO AVAILABLE
COM: ADR-081502 ( , UNKNOWN-NONE, , , , CA, , )
COM: SCN-B3722370008
- - - -
COURT: NAM:01
20040712 CASC SAN DIEGO

CNT:01 #SCD169325
459 PC-BURGLARY
*DISPO:CONVICTED
CONV STATUS:FELONY
SEN: 16 MONTHS PRISON
COM: SENTENCE CONSECUTIVE WITH FILE #SCD167920:
* * * *

CUSTODY:CDC NAM:01
20040803 CASD CORR RJ DONOVAN RECEP

CNT:01 #J16960
459 PC-BURGLARY:SECOND DEGREE
-HABITUAL OFFNDR -HABITUAL OFFNDR
SEN FROM: SAN DIEGO CO CRT #SCD167920

CNT:02-03
459 PC-BURGLARY:SECOND DEGREE

CNT:04-06
10851(A) VC-TAKE VEH W/O OWN CONSENT/VEH THEFT

CNT:07
10851(A) VC-TAKE VEH W/O OWN CONSENT/VEH THEFT
COM: 003 ADD CNTS OF 10851(A) VC

CNT:08
496D(A) PC-POSSESS STOLEN VEHICLE/VESSEL/ETC
COM: 004 ADD CNTS OF 496D(A) PC

CNT:09
496D(A) PC-POSSESS STOLEN VEHICLE/VESSEL/ETC
COM: 005 ADD CNTS OF 496D(A) PC

CNT:10

SDLaw: eSUN Web - Message Window (Print All Selected)

496D(A) PC-POSSESS STOLEN VEHICLE/VESSEL/ETC
COM: 006 ADD CNTS OF 496D(A) PC

CNT:11
496(A) PC-RECEIVE/ETC KNOWN STOLEN PROPERTY
SEN: 224 MONTHS PRISON
COM: 007 ADD CNTS OF 496(A) PC
COM: CNT01 CC W-SCD167920
COM: SCN-93542340006
* * * *

ARR/DET/CITE: NAM:01 DOB:19731029
20210827 CASO SAN DIEGO

CNT:01 #21132879A
243(E)(1) PC-BAT:SPOUSE/EX SP/DATE/ETC
20210827
DISPO:RELEASED/DETENTION ONLY
COM: PHOTO AVAILABLE
COM: SCN-RH6O2390021
COM: DCN-P2331493112137000305
* * * *

ARR/DET/CITE: NAM:01 DOB:19731029
20221027 CASO SAN DIEGO

CNT:01 #22745087A
148(A)(1) PC-OBSTRUCT/ETC PUBLIC OFFICER/ETC
ARR BY:CASO SAN DIEGO LEMON GROVE
COM: PHOTO AVAILABLE
COM: SCN-RG6P3000021
* * * *

CUSTODY:JAIL NAM:01
20221027 CASO SAN DIEGO
**ENTRY NOT SUBSTANTIATED BY FINGERPRINTS

CNT:01 #22745087
OFFENSE UNDETERMINED
* * * END OF MESSAGE * * *

# EXHIBIT 2

**U.S. CUSTOMS AND BORDER PROTECTION**
**Department of Homeland Security**
**San Diego Field Office**
**San Ysidro/Otay Mesa Passenger**
**Other Officer Report / Narrative Continuation**

| | |
|---|---|
| Narrative Continuation ☐ | Report of Other Officer Involved in Incident ☒ |
| REPORTING OFFICER (Name/Title): | Marlon D Bunch – CBP CEU OFFICER 29991 |
| Subject's Name: Jamel Mitchell BURT | DOB: Oct 29, 1973 |
| Port-of-Entry: SYS POE Incident No: [redacted] | Date: Nov 23, 2024 |
| TOPIC: NCIC Wanted Person | |

[redacted]
NIC: W 994 993 058
WNO: CE4 207 61D V002
CHARGE: Family Offense
OCA: CE4 207 61DV
BAIL: $75,000
ORI: San Diego County Sheriff's Office

On Saturday, November 23, 2024, at approximately 8:38 A.M. Jamel Mitchell BURT, a U.S. citizen, presented himself for inspection from Mexico to the United States before U.S. Customs and Border Protection (CBP) Officer Calero at the San Ysidro, California Port of Entry (POE) vehicle lanes. BURT was traveling in a vehicle bearing state of California license plates # 8DDM803 with travelers Said HAMDIA, Sonora HAMDI, Enrique RUANO, and Merrill HARVEY. BURT presented his state of California identification card # A5065014 for proof of identity. CBP Officer Calero queried BURT's name and date of birth with a possible match for a wanted person. CBP Officer Calero referred BURT, other travelers, and the vehicle to secondary for further inspection. In vehicle secondary, BURT was handcuffed and escorted to the security office.

In the security office, a pat down was conducted by CBP Officer Gonzalez, witnessed by CBP Officer Morales, and approved by CBP Supervisor Smith with positive results. During the pat down, CBP Officers discovered 3 clear bags consisting of green leafy substance, clear crystal substance, and mushrooms. CBP Supervisor Smith was advised of the findings and a CBP Officer was assigned to conduct a test and seizure of the substances. During the seizure, CBP Officers tested and seized 2.5 grams of methamphetamine, 1.4 grams of Marijuana, and 3.1 grams of Mushrooms. CBP Supervisor Walker issued a Personal penalty of $500.00

CBP Officer Morales queried BURT by 10-print and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS revealed positive results linking BURT to Federal Bureau of Investigation (FBI) # 14823VA1.

Marlon D. Bunch / CBP Officer / # 29991

**U.S. CUSTOMS AND BORDER PROTECTION**
**Department of Homeland Security**
**San Diego Field Office**
**San Ysidro/Otay Mesa Passenger**
**Other Officer Report / Narrative Continuation**

The Criminal Enforcement Unit (CEU) was contacted with a response from CBP Officer Bunch. CBP Officer Bunch conducted further computer system queries of BURT's name and date of birth and found an active felony warrant.

CBP Officer Bunch contacted the ORI agency and confirmed the outstanding felony warrant with extradition matching BURT's IAFIS FBI #, name, date of birth, social security number, and state of California identification number as a match to the outstanding warrant. BURT's personal property was turned over to Merrill HARVEY, a traveler in the vehicle.

During a second pat down for transport, an additional substance was found in a yellow looking balloon. CBP Officers tested the substance, and it was consumed while testing.

DISPOSTION: Jamel Mitchell BURT was arrested, transported, and booked into the San Diego County Jail. BURT's narcotics were seized on seizure [redacted] Vehicle and other travelers were released into the United States without further incident.

Marlon D. Bunch / CBP Officer / # 29991

**U.S. CUSTOMS AND BORDER PROTECTION**
**Department of Homeland Security**
**San Diego Field Office**
**San Ysidro/Otay Mesa Passenger**
**Other Officer Report / Narrative Continuation**

Narrative continuation ☐ Report of Other Officer Involved in Incident ☐

REPORTING OFFICER (Name/Title/Agency): CBPO Calero, Paulina

Subjects Name: BURT, Jamel Mitchell DOB: 10/29/1973

Port-of-Entry: San Ysidro Date: 11/23/2024

TOPIC: Wanted Person

IOIL No. (If Any):

(Write in first person: Record observations, statements and behavior, contraband concealment, and other pertinent facts)

On November 23, 2024, at approximately, 0838 hours while assigned to the San Ysidro Port of Entry Vehicle Lane #12, BURT, Jamel Mitchell (DOB: 10/29/1973) approached my booth as a passenger in a black BMW with California plates CA-8DDM803. When the vehicle approached my booth, all passengers proceeded by handing me their own document. BURT handed me his California ID(A#5065014). When I scanned BURT's ID a computer-generated alert appeared to be a match for a Wanted Person. I proceeded by asking the driver RUANO, Enrique and passengers of the vehicle if they had anything to declare and driver RUANO, Enrique stated, "no". I proceed to ask RUANO where they were going and he stated, "I'm going to Chula Vista and everyone else is going to Spring Valley". I proceeded to call for a walkup on the radio.

[signature] #36097
REPORTING OFFICER/BADGE NO:
CALERO #36097

[signature] #07841
SUPERVISOR/BADGE NO:

[redacted]

# U.S. CUSTOMS AND BORDER PROTECTION
## Department of Homeland Security
## San Diego Field Office
## San Ysidro/Otay Mesa Passenger
## Other Officer Report / Narrative Continuation

NARRATIVE CONTINUATION ☐ REPORT OF OTHER OFFICER INVOLVED IN INCIDENT ☐

REPORTING OFFICER NAME/TITLE/AGENCY: CBPO Perez Raygoza, J

SUBJECTS NAME: BURT, JAMEL MITCHELL DOB: 10/29/1973

PORT OF ENTRY: 2504 SEIZURE NO: DATE: 11/23/2024

TOPIC: IAFIS RESULTS W/P

IOIL NO. (IF ANY)

On 11/23/2024 at approximately 0900 hours, while assigned to the Security office as the IAFIS Officer at the San Ysidro Port of Entry, BURT, JAMEL MITCHELL (DOB: 10/29/1973) was brought into the Security office as a Wanted Person. Using the Integrated Automated Fingerprint Information System (IAFIS). I 10-printed BURT, JAMEL MITCHELL (DOB: 10/29/1973). The subject came back positive for IAFIS FBI# 14823VA. BURT had an active warrant #W994993058 and was wanted by the San Diego Sheriff's Department. I had no further encounter with the subject.

Perez Raygoza, J 38810

REPORTING OFFICER/BADGE NO.

[signature] 8552

APPROVING SUPERVISOR/BADGE NO:

[redacted]

# U.S. CUSTOMS AND BORDER PROTECTION
## Department of Homeland Security
### San Diego Field Office
### San Ysidro/Otay Mesa Passenger
## Other Officer Report / Narrative Continuation

Narrative continuation ☐ Report of Other Officer Involved in Incident ☐

REPORTING OFFICER (Name/Title/Agency): GONZALEZ, Ro /CBPO

Subjects Name: BURT, Jamel Mitchell 10/29/1973

Port-of-Entry: San Ysidro Date: 11/23/2024

TOPIC: Substance Discovering Officer

IOIL No. (If Any):

On November 23, 2024, I was assigned to the San Ysidro Port of Entry Vehicle Secondary Lot. At approximately 0845 I was told by the Secondary Lot Lead officer BEDOLLA to escort BURT, Jamel Mitchell (DOB 10/29/1973) security office due to being a WP. I then proceeded to handcuff BURT and conducted an immediate pat down which yielded negative results to any weapons. We proceeded to the security office, where a full pat down was conducted on BURT at approximately 0858. Pat down on BURT was witnessed by officer MORALES. B and approved by Supervisor SMITH, B which yielded positive results. Three bags were discovered on the right pocket of BURT. The first bag contained white crystal-like substance, the second bag contained a green leafy substance, and the third bag contained mushroom like substance. Substances was turn over to another officer for testing. I had no further contact with BURT.

****************************************************END****************************************************

36872

REPORTING OFFICER/BADGE NO:

08572

SUPERVISOR/BADGE NO:

[redacted]

# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEL BURT,<br><br>Plaintiff,<br><br>v.<br><br>NICOLAI RAMOS, in his individual capacity, COUNTY OF SAN DIEGO; MICHAEL ALCARION, in his individual capacity; and DOES 1-5,<br><br>Defendants. | No. 24-CV-00662-CAB-VET |

VIDEO DEPOSITION OF JAMEL BURT

VOLUME 1, PAGES 1 THROUGH 128

WEDNESDAY, OCTOBER 8, 2025

SAN DIEGO, CALIFORNIA

Reported by:
Kathleen Madden Keenaghan
CSR No. 14577
Job No. 10173500

Q Do you currently have health insurance coverage?
A I'm not sure -- yes, I have Medi-Cal. Medi-Cal.
Q Did you have Medi-Cal at the time of the incident?
A I don't think so.
Q Have you ever been convicted of a felony?
A Yes.
Q And I am just going to go through a couple of these. Let's introduce as Exhibit Number 1 --
A I did not bring my glasses.
(Exhibit 1 was marked for identification.)
BY ATTORNEY HANNA:
Q Not a problem. I will ask you about this and I comment that Exhibit Number 1 issue an abstract of judgment related to a felony conviction in 1994. Do you recall -- do you recall what that conviction was for?
A A burglary, I believe.
Q Okay. What was the nature of the claims?
A That I don't remember.
Q Okay. And were you sentenced to any jail time for that crime?
A Yes.
Q And did you serve any jail time for that crime?
A Yes.
Q And how much time did you serve?
A I am not sure. I am not sure.

along at the time, and his death devastated me. And I began using drugs, and she filed a restraining order on me to keep me away from the home.

**Q I'm so sorry for the loss of your father.**

A Thank you.

(Exhibit 5 was marked for identification.)

BY ATTORNEY HANNA:

**Q You know, I will introduce as Exhibit Number 5 and this is not for evidentiary purposes. It's just for questions to ask about it. This was a declaration submitted by your mother. And she mentions coming home and finding her garage burglarized. Do you recall -- well, do you deny that that occurred?**

A No.

**Q And she is claiming it is her son and his friends. Do you have any recollection of this incident?**

A Can I take a second to read it?

**Q Yes. Take please your time.**

A Your question?

**Q Oh, yeah. My question was just -- well, she had mentioned she believed you and your friends had burglarized the residence?**

A Correct.

**Q Do you recall whether or not that occurred?**

A I know that my friends never did anything like that.

I -- I think -- I think I actually took some alcohol. I think I took some alcohol, but I don't remember this incident. But I do remember taking a bottle of alcohol.

**Q Okay. What is your relationship with your mother like now?**

A I was just with her last night. She is finishing up her rounds of chemo. She has stomach cancer right now.

**Q Oh, I am so sorry to hear that.**

A So, yeah, I was with her last night telling her about coming in here today.

**Q And so just generally speaking, you have a better relationship with your mother now --**

A Yes.

**Q -- than you did back then?**

A Yes.

**Q When did you repair that relationship?**

A We have not been estranged. This happened, and it was smoothed over, and we continued our relationship after this. Like I said, I don't even remember this really, but we -- we see each other all the time. So our relationship doesn't go bad like that.

**Q Yeah. And you had mentioned earlier a restraining order by -- let's see. Mrs. Espinoza; is that correct?**

A Yes.

**Q What did you speak about with the paramedics?**
A I told them I wanted to go to the hospital. My teeth had just broke out of my mouth, and I needed medical attention.
**Q What did they say?**
A They said no, sir, you are going to jail. When you go to jail, you will be seen by a licensed nurse. We can't do anything for you.
**Q But you ultimately were not taken to jail after this accident; is that right?**
A I was not.
**Q Okay. I'm going to flip back to page 7 here. If we move to that second paragraph from the back there, I wanted to ask you -- we had already talking about the possession of a stolen vehicle. I wanted to ask you about -- it looks like there was a charge of evading a police officer. Do you recall what was the charge for that?**
A I'm not sure. I'm not sure when that was.
**Q And it looks like there was a previous charge for obstructing or delaying or evading a police officer. Do you have any recollection of that?**
A No, I don't. You would have to give me a year and a month or a day.
**Q Okay. And what about the battery with serious bodily injury?**

A Yeah. I don't know what that is.

**Q Okay.**

A You would have to give me a date for that.

**Q Yeah. Let me ask you this. Were you ever convicted of a crime of evading a police officer?**

A I don't believe so, but I have a record. So it might -- I am 51 years old. So there might be with a police officer, but I don't remember that incident too.

**Q Okay. I'm going to skip ahead to page 8 now. Okay. If you look at the top of that, the officer says he observed a small object being thrown out of the passenger window. Do you have any recollection at -- well, let me ask you this. When the vehicle was being stopped, did you throw anything out the passenger window?**

A I did.

**Q And what did you throw out the passenger window?**

A It was an oil burner.

**Q And what is an oil burner?**

A It is a glass tube that they use to burn oil.

**Q And can you tell me a little bit more about its use?**

A Well, they use it also to smoke methamphetamines.

**Q Okay. Why -- why did you throw it out the window?**

A Because Mr. Lotz asked me to throw it out the window.

**Q And why did Mr. Lotz -- do you know why Mr. Lotz**

A Right.

**Q And what were your thoughts, or what did you understand that to mean?**

A Well, he had already told Mr. Lotz and told him to stop talking and told him he was going to throw him in his car. And then he told me that if I was going to be uncooperative that he was going to put me in the back of the car.

**Q Okay. And had you been uncooperative -- what did you understand that to mean by being uncooperative?**

A I don't know. Because I was not uncooperative. I was not uncooperative. I gave him the information that he needed. This is not my first time being stopped by the police, and so I know what information they need, and I gave it to them.

**Q Was he asking for any additional information?**

A Yes. He asked me where I was coming from, and it was getting personal, and that is when I told him I was not answering any questions.

**Q And why did you not want to answer any of his questions?**

A Because it's none of his business.

**Q Did you understand that part of the process of that detention was the officers needed to identify you?**

A Yes.

**Q And you believe that at that point you had given them sufficient information to identify you --**
A Absolutely.
**Q -- at that point?**
A Absolutely.
**Q Okay. And after the officer began moving you towards the patrol vehicle, what were your thoughts at that point?**
A My pants are falling down.
**Q And the officer mentions repeatedly stop flexing and claims you were flexing your body?**
A Right.
**Q Did you understand what he meant by that?**
A Absolutely not. I was trying to comply with his orders and hold my pants up while I was handcuffed.
**Q Did you express that to him that you were trying to hold all of your pants up?**
A No. Everything happened too fast for that to happen for me to complain about my pants.
**Q Okay. And I am on page 9 now. He also claims that you are pulling your body to the -- to the right. Do you recall pulling your body one way or the other?**
A Absolutely not. I do know that I did not pull my body one way or the other to pull away from him. Like I said, this is not my first time. I know that is not the way

**Q And how about when these dates are not coming up? How often do you think the incident?**
A Every day.
**Q Every day?**
A My teeth hurt every day. I see the police every day, you know. So I see the police and that brings me back to this.
**Q Yeah. And so just to clarify, every time you see law enforcement, it, kind of, reminds you of this incident?**
A Most definitely because it can happen again.
**Q Do you still have fear that it will happen again or do you have fear it will happen again?**
A Absolutely. Absolutely.
**Q Are you scared every time you see law enforcement?**
A Absolutely. Absolutely.
**Q How about the feelings of embarrassment? Do you still feel feelings of embarrassment or shame related to this accident?**
A People don't really see the signs anymore. So, I mean, it has been a couple of years. So I try to do the best that I can to hide it or not make it obvious. But yeah. Yeah. I'm embarrassed.
**Q And you mentioned people saw the signs. What signs would people see?**
A Covering my mouth. You know, just not being the --

**Q Were you endeavoring to keep up with Deputy Ramos?**
A Yes.
**Q Were you endeavoring to walk as you are being led back to the patrol car?**
A Yes. I was trying to keep up my pants from falling all the way to the ground and walk at his pace at the same time.
**Q All right. You said you have a second pair of shorts?**
A Yes, I am wearing two pair of shorts.
**Q Can you describe the position of the second pair of shorts?**
A The ones closer to my body?
**Q Yes.**
A And the question is?
**Q What was your position, if you know, at this 05:37 on Exhibit 11?**
A Those shorts had a drawstring. So they were held up more without any prompting from me.
**Q And then did you have a pair of underwear on?**
A Yes, sir.
**Q What kind of underwear?**
A Boxer briefs.
**Q Were the boxer briefs in position at this point?**
A Yes.

REPORTER'S CERTIFICATE

I, Kathleen Madden Keenaghan, a Certified Shorthand Reporter for the State of California, do hereby certify:

That the foregoing transcript of proceedings was taken before me at the time and place set forth; that the testimony and proceedings were reported stenographically by me and later transcribed by computer-aided transcription under my direction and supervision; that the foregoing is a true record of the testimony and proceedings taken at that time.

I further certify that I am in no way interested in the outcome of said action.

I have hereunto subscribed my name this 30th day of October, 2025.

Kathleen Madden Keenaghan
CSR No. 14577

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)