**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMEL BURT,<br>Plaintiff,<br>v.<br>NICOLAI RAMOS, in his individual capacity, and COUNTY OF SAN DIEGO,<br>Defendants. | CASE NO. 3:24-cv-00662-CAB-VET<br>**NOTICE OF LODGMENT OF JOINT [PROPOSED] FINAL PRETRIAL ORDER**<br>Hon. Cathy Ann Bencivengo<br>Final Pretrial Conference: October 16, 2026 at 2:00 PM |

TO THE HONORABLE COURT, DEFENDANTS, AND THEIR COUNSEL OF RECORD: Plaintiff Jamel Burt hereby lodges the attached parties' Joint [Proposed] Pretrial Order.

Dated: October 5, 2026

**IREDALE AND YOO, APC**

*s/ Peter Bibring*

EUGENE IREDALE
PETER BIBRING
SARAH MUSUMECI
Attorneys for Plaintiff Jamel Burt