**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **BURT v. RAMOS, et al.** Case Number: **3:24-cv-00662-CAB-VET**

Hon. Cathy Ann Bencivengo Ct. Deputy Lori Hernandez Rptr Tape: N/A

The Parties have reported a settlement of this litigation. [Doc. No. 131.] The Court therefore deems Defendants' pending motion to exclude Plaintiff's expert, [Doc. No. 82], and the pending motions in limine, [Doc. Nos. 106–114], withdrawn subject to refiling if necessary.

Date: October 13, 2026 Initials: REO